Scott S. Christie
Thomas J. Goodwin
Irene M. Hurtado
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

*Attorneys for Plaintiff*
*Hayward Industries, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HAYWARD INDUSTRIES, INC. | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 15-4213-SRC-CLW |
| | : | |
| v. | : | |
| | : | |
| COMPUPOOL PRODUCTS and COMPUPOOL PRODUCTS USA, INC., | : | |
| | : | |
| | : | |
| Defendants. | : | |

## REVISED CONSENT PERMANENT INJUNCTION

THIS MATTER having been opened to the Court by Plaintiff Hayward

Industries, Inc. ("Hayward" or "Plaintiff"), upon the filing of a Complaint alleging

that defendants CompuPool Products and CompuPool Products USA, Inc. ("Defendants") had engaged in acts of trademark infringement, unfair competition, false designation of origin, and passing off under federal law, the laws of the State of New Jersey, and common law with respect to Plaintiff's AQUA RITE, TURBOCELL and TURBO CELL trademarks (collectively, the "Hayward Marks" as defined more completely in the Complaint which is attached hereto as Exhibit 1, and depicted in Exhibits A-D to the Complaint); and

Defendants, acknowledging the validity and distinctiveness of the Hayward Marks and Plaintiff's ownership of and rights therein, but expressly denying any and all allegations of unlawful conduct; and

Plaintiff and Defendants having resolved their differences, and it appearing that the parties, by their undersigned counsel or other representatives, have agreed to the form and entry of the within Consent Permanent Injunction and Order; and for good cause shown;

IT IS on this 30th day of October, 2015,

ORDERED THAT:

(1) Defendants, and all individuals acting in concert or participating with Defendants, upon notice, are hereby permanently enjoined from:

(a) Using, displaying, advertising, promoting and marketing

2

(including, without limitation, over the Internet), offering for sale, and selling (or any direct or indirect efforts in relation to any of the foregoing) of any and all products, including but not limited to the CompuPool Products (as defined in the Complaint), in connection with the Infringing Marks (as defined in the Complaint), the Hayward Marks or any other trademarks that are confusingly similar to the Hayward Marks.

(b)     Committing any act calculated to cause purchasers to falsely believe that Defendants' products are those sold under the control and supervision of Hayward, or are sponsored, approved or connected with, guaranteed, warranted, or produced under the control and supervision of Hayward;

(c)     Further infringing the Hayward Marks and damaging Hayward's goodwill and business reputation; and

(d)     Assisting, aiding or abetting any other person or entity in engaging or performing any of the activities referred to in paragraphs (a) through (c) above.

3

(2)   CompuPool shall contact all of the CompuPool Distributors (as defined in the Complaint) and use best efforts to have the CompuPool Distributors (1) remove all references to the Infringing Marks, the Hayward Marks, and any other trademark or designation confusingly similar to the Hayward Marks from any promotional materials, including but not limited to the CompuPool Distributors' listings on Amazon.com concerning the CompuPool Products; and (2) destroy all remaining inventory, labels, advertisements and other materials bearing the Infringing Marks, the Hayward Marks, or any other trademark or designation confusingly similar to the Hayward Marks.   Defendants shall provide Hayward with a written certification attesting that Defendants have fully complied with this paragraph.

HON. STANLEY R. CHESLER
United States District Judge

4

WE HEREBY CONSENT TO THE FORM AND ENTRY OF THE FOREGOING CONSENT PERMANENT INJUNCTION:

**McCARTER & ENGLISH, LLP**

By: _____

Scott S. Christie

Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
Tel.: 973-622-4444
Fax: 973-624-7070

Attorneys for Plaintiff

**KENNETH BOHANNON, PLLC**

By: _____

Kenneth Bohannon

221 N. Causeway, Suite A
New Smyrna Beach, FL 32169
Tel.: 386-427-5227
Fax: 386-423-3909

Attorneys for Defendants

5

MEI 21295010v.1

# EXHIBIT 1

ME1 21295010v.3

Scott S. Christie
Thomas J. Goodwin
Irene M. Hurtado
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
(973) 622-4444

*Attorneys for Plaintiff*
*Hayward Industries, Inc.*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| HAYWARD INDUSTRIES, INC. | : | |
| | : | |
| Plaintiff, | : | Civil Action No. _____ |
| | : | |
| v. | : | |
| | : | **COMPLAINT AND LOCAL RULE** |
| COMPUPOOL PRODUCTS  and | : | **11.2 CERTIFICATION** |
| COMPUPOOL PRODUCTS USA, INC., | : | |
| | : | |
| Defendants. | : | |
| | : | |

Plaintiff Hayward Industries, Inc. ("Hayward"), with a principal place of business

at 620 Division Street, Elizabeth, New Jersey 07207, by and through its attorneys,

McCarter & English, LLP, by way of Verified Complaint against Defendants CompuPool

Products, with a principal place of business at 3-7 Hilldon Court, Nerang, QLD 4211

Australia, and CompuPool Products USA, Inc., with a principal place of business at 126

Semoran Commerce Place, Apopka, Florida 32703-1405 (collectively, "Defendants" or

"CompuPool"), alleges as follows:

### NATURE AND BASIS OF THE ACTION

1.     This is an action by Hayward seeking preliminary and permanent

1

injunctive relief and damages and other monetary relief against Defendants for trademark infringement, unfair competition, and false designation of origin arising out of Defendants' infringement of Hayward's AQUARITE, TURBO CELL, and T-CELL trademarks.

2.      This action arises under the Lanham Act, 15 U.S.C. § 1051, *et seq.*; the New Jersey Consumer Fraud Act, N.J. Stat. Ann. § 56:8-1. *et seq.*; additional provisions of Title 56 of the New Jersey Statutes, and New Jersey common law.

## PARTIES

3.      Hayward is a corporation organized and existing under the laws of New Jersey with its principal place of business in Elizabeth, New Jersey.

4.      Upon information and belief, CompuPool Products is a corporation organized and existing under the laws of Australia, with its principal place of business in Nerang, Australia.

5.      Upon information and belief, CompuPool Products USA, Inc. is a corporation organized and existing under the laws of Florida, with its principal place of business in Apopka, Florida.

## JURISDICTION AND VENUE

6.      Because this action arises out of violations of the Lanham Act subject matter jurisdiction is conferred upon this Court by 15 U.S.C. § 1121, 28 U.S.C. § 1331. The matter in controversy in this action exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states. Therefore, this Court also has subject matter jurisdiction pursuant to 28 U.S.C. § 1332.

7.      Supplemental jurisdiction over the related state law claims is conferred

2

upon this Court by 28 U.S.C. § 1367(a).

8.     This Court has personal jurisdiction over Defendants because, upon information and belief, (a) Defendants have had continuous, systematic and substantial business contacts with residents of this District; and (b) Defendants have deliberately created confusion among Hayward's existing and potential customers, many of whom reside in New Jersey.

9.     A substantial part of the events or omissions giving rise to the claims occurred in this district and Defendants are subject to personal jurisdiction in this district. Accordingly, venue is proper pursuant to 28 U.S.C. § 1391(b) & (c).

## ALLEGATIONS COMMON TO ALL COUNTS

### Hayward's Trademarks and Products

10.     Hayward manufactures and sells a full line of state-of-the-art swimming pool controls, chlorine generators, filters, heaters, pumps, valves, and automatic pool cleaners, as well as other related products, worldwide under a variety of trademarks.

11.     Hayward offers a line of electrolytic salt chlorine generators for use with swimming pools and spas for water purification under the trademark AQUA RITE or AQUARITE, including the AQUARITE salt chlorine generator. The AQUARITE line of salt chlorine generators (the "AQUARITE Products") consist of a distinctive control unit (the "AQUARITE Control Unit(s)"), which is connected to a converter or chlorinator cell that is offered under Hayward's TURBO CELL, TURBOCELL, and T-CELL trademarks (the "T-CELL Product(s)").

12.     As water is forced through the T-CELL Product, added salt is converted into chlorine. The AQUARITE Control Unit monitors the salt and chlorine levels with

3

various diagnostic indicators and allows the user to adjust the amount of chlorine generated by the AQUARITE Product.

13.     Hayward owns U.S. Registration No. 3,704,835 for the trademark AQUA RITE (the "AQUA RITE Mark") in connection with "Electrolytic chlorine generator for use with swimming pools and spas for water purification," in Class 11.  A copy of the Certificate of Registration for the AQUA RITE Mark is attached hereto as Exhibit A.

14.     Since at least as early as 1997 and continuing to the present, Hayward and its predecessor have sold and promoted for sale in U.S. commerce the AQUARITE Products bearing the AQUA RITE Mark.  True and correct color photos of AQUARITE Products bearing the AQUA RITE  Mark are attached as Exhibit B hereto.

15.     Hayward has continuously used the AQUA RITE Mark on the AQUARITE Products without interruption in commerce throughout the U.S. since at least as early as 1997.

16.     Hayward and its predecessor have expended substantial time and resources over the years to research, acquire, develop, maintain, promote, and sell its products, including the product lines sold bearing the AQUA RITE Mark.

17.     Hayward markets, distributes for sale, and sells its products bearing the AQUA RITE  Mark across the United States and throughout the world.

18.     The AQUARITE Products generate significant revenue for Hayward.  The products sold bearing the AQUA RITE Mark have enjoyed substantial sales success, and Hayward and its predecessor have sold hundreds of thousands of AQUARITE Products bearing the AQUA RITE Mark in the United States since at least as early as 1997.

4

19. During this same period, Hayward has extensively advertised and marketed products bearing the AQUA RITE Mark primarily through catalogs, at trade shows, on Hayward's website, and directly though a sales force.

20. As a result of the long and continuous sale and promotion throughout the United States of products featuring the distinctive AQUA RITE Mark, consumers of pool and spa products have come to associate the AQUA RITE Mark as signifying high-quality products originating from Hayward.

21. Since 2000, Hayward and its predecessor have used the trademark T-CELL to designate its T-CELL Products for the AQUARITE Products (the "T-CELL Mark"). True and correct color photos of the T-CELL Products bearing the T-CELL Mark are included as part of Exhibit C hereto.

22. Hayward owns U.S. Registration No. 3,156,434 for the trademark TURBO CELL in connection with "electrolytic chlorine generators for use with swimming pools and spas," in Class 11, which is now incontestable (the "TURBO CELL Mark"). A true and correct copy of the certificate of registration for the TURBO CELL Mark is annexed as Exhibit D. The T-CELL Mark and the TURBO CELL Mark are referred to collectively as the "TURBO CELL Marks."

23. For years, Hayward and its predecessor have marketed and sold the T-CELL Products bearing the TURBO CELL Marks throughout the U.S. and the world.

24. Hayward has continuously used the TURBO CELL Marks on the T-CELL Products without interruption in commerce throughout the U.S. since at least as early as 1999.

5

25.     The T-CELL Products sold in connection with the TURBO CELL Marks have enjoyed substantial sales success, and Hayward has sold hundreds of thousands of T-CELL Products bearing the TURBO CELL Marks in the United States since at least as early as 1999, both in conjunction with the AQUARITE Products and separately as replacement parts.

26.     During this same period, Hayward has extensively advertised and marketed products bearing the TURBO CELL Marks primarily through catalogs, at trade shows, on Hayward's website, and directly though a sales force. Hayward has spent hundreds of thousands of dollars to market and advertise products bearing the AQUA RITE Mark and the TURBO CELL Marks over the last three years alone. The AQUA RITE Mark and the TURBO CELL Marks are referred to collectively herein as the "Hayward Marks."

27.     As a result of the long and continuous sale and promotion throughout the United States of products offered in connection with the distinctive TURBO CELL Marks, consumers of pool and spa products have come to associate the TURBO CELL Marks as signifying high-quality products originating from Hayward.

**Defendants' Acts of Infringement**

28.     Upon information and belief, Defendants manufacture, offer for sale, sells and/or distribute swimming pool and spa products, including chlorine generators and converter cells for use with chlorine generators.

29.     Hayward recently discovered that Defendants are advertising and selling chlorine converter cells (the "Infringing Products"), which Defendants advertise as "COMPUPOOL AQUA RITE T-CELL 15 REPLACEMENT SALT CELL." A true and

ME1 20584903v.1

correct copy of a listing on Amazon.com for the Infringing Products is attached hereto as Exhibit E (the "Amazon.com Advertisement").

30.     Defendants infringe the Hayward Marks by improperly using both the mark AQUA RITE and the mark T-CELL (the "Infringing Marks") in connection with its Infringing Products, which are the same as Hayward's T-CELL Products.

31.     Defendants advertise and sell the Infringing Products in connection with the Infringing Marks on Amazon.com, which also sells Hayward's AQUARITE Products and the T-CELL Products.  A true and correct copy of a listing on Amazon.com for Hayward's T-CELL Products is attached as Exhibit F.

32.     The Infringing Products compete with Hayward's products, specifically the AQUARITE Products and the T-CELL Products, in the United States.  Upon information and belief, the Infringing Products and the AQUARITE Products and T-CELL Products are sold through the some of the same channels of trade and to the same types of consumers, as evidenced by the fact that both the Infringing Products and Hayward's products are sold through Amazon.com.  Both the Infringing Products and Hayward's products are sold on the Internet and through authorized distributors.

33.     Upon information and belief, Defendants' promotion and sale of its products in connection with the Infringing Marks is continuing in the United States.

**Irreparable Injury and Need for Injunctive Relief**

34.     Defendants' infringement of the Hayward Marks is likely to cause, and has caused, confusion, mistake or deception among the public as to the affiliation, connection or association of Defendants and/or the Infringing Products with Hayward. Such conduct constitutes unfair competition with Hayward, which will cause damages,

injury and irreparable harm to Hayward.

35.    Defendants' use of trademarks that infringe the Hayward Marks constitutes deceptive acts and practices and injures Hayward's business reputation causing Hayward lasting and irreparable harm, absent intervention of this Court.

36.    Indeed, the Amazon.com Advertisement has elicited 39 customer reviews, 80% of which rate the Infringing Products with one star out of a possible five stars. A true and correct copy of the customer reviews associated with the Amazon.com Advertisement are annexed as Exhibit G.   Accompanying many of these customer reviews are extremely negative comments about the Infringing Products, including:

- "DO NOT, I repeat, DO NOT PURCHASE THIS REPLACEMENT CELL! This cell is worthless.";

- "I would NOT buy this cell again and I would give 0 stars if I could";

- "DO NOT BUY THIS CELL!!!! I AM WAITING TO GET MY FIFTH REPLACEMENT IN TWO AND A HALF YEARS"

- "Don't Buy! These are crap- will fail about a year in and the 3 year warranty is bogus!"; and

- "This product is inferior and failed after one year of operation."

## COUNT ONE

### Trademark Infringement

37.    Hayward incorporates the allegations of paragraphs 1-36 as if set forth fully herein.

38.    Defendants' use of the Infringing Marks on its Infringing Products has caused or is likely to cause confusion, mistake, or deception as to the source or origin,

8

sponsorship, or approval of Defendants or their products, in that purchasers and others in this judicial district and elsewhere in the United States are likely to believe that Defendants are associated with or related to Hayward or are authorized by Hayward to sell Hayward's AQUARITE Products and T-CELL Products.

39.    Defendants' acts injure Hayward's image and reputation with consumers in this District and elsewhere in the United States by creating confusion about, and potential consumer dissatisfaction with, Hayward.

40.    Defendants' deliberate conduct alleged herein constitutes trademark infringement of the Hayward Marks in violation of 15 U.S.C. § 1125; N.J. Stat. Ann. § 56:3-13.16, and the common law of New Jersey.

41.    Defendants' acts greatly and irreparably damage Hayward and will continue to so damage Hayward unless restrained by this Court; wherefore, Hayward is without adequate remedy at law.

## COUNT TWO
## Unfair Competition

42.    Hayward incorporates the allegations of paragraphs 1-41 as if set forth fully herein.

43.    Defendants' acts constitute unfair competition with Hayward in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); N.J. Stat. Ann. § 56:4-1, and the common law of New Jersey.

44.    Defendants' acts greatly and irreparably damage Hayward and will continue to so damage Hayward unless restrained by this Court; wherefore, Hayward is without adequate remedy at law.

ME1 20584903v.1

## COUNT THREE
### False Designation of Origin

45.     Hayward incorporates the allegations of paragraphs 1-44 as if set forth fully herein.

46.     Defendants' advertising and promotion of the Infringing Products falsely designate the source of these products in a manner that is likely to cause confusion, mistake or deception as to the origin, sponsorship, or approval of these products by consumers.

47.     Defendants' acts constitute false designation of origin in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); the New Jersey Consumer Fraud Act, N.J. Stat. Ann. § 56:8-2; and the common law of New Jersey.

48.     Defendants' acts greatly and irreparably damage Hayward and will continue to so damage Hayward unless restrained by this Court; wherefore, Hayward is without adequate remedy at law.

WHEREFORE, Hayward prays:

1.     That Defendants, and all persons acting in concert or participating with Defendants, be preliminarily and permanently enjoined from:

(a)     Using in any manner the Infringing Marks, the Hayward Marks, or any other trademark that is confusingly similar to the Hayward Marks, including, but not limited to, selling, offering for sale, displaying, promoting or advertising products bearing the Infringing Mark, the Hayward Marks, or any other confusingly similar trademarks;

10

MEI 20584903v.1

(b)     Passing off, inducing, or enabling others to sell or pass off any products that do not emanate from Hayward or that are not distributed under the control and supervision of Hayward and approved by Hayward for sale bearing the Infringing Marks, Hayward Marks, or any other confusingly similar trademarks, as products distributed by or with the approval of Hayward;

(c)     Committing any act calculated to cause purchasers to falsely believe that Defendants' products are those sold under the control and supervision of Hayward, are sponsored, approved or connected with, guaranteed, warranted, or produced under the control and supervision of Hayward;

(d)     Shipping, importing, delivering, distributing, returning, or otherwise disposing of in any manner products or inventory bearing the Infringing Mark, Hayward Marks, or any trademarks that are confusingly similar to the Hayward Marks;

(e)     Further infringing the Hayward Marks and damaging Hayward's goodwill and business reputation;

(f)     Otherwise competing unfairly with Hayward in any manner;

(g)     Continuing to perform in any manner whatsoever any act deemed contrary to law by this Court.

2.     That Defendants be ordered to provide an accounting of all revenue generated from its use of the Infringing Marks, and the Hayward Marks, and to pay Hayward all profits realized by Defendants by reason of its unlawful acts as set forth in this Complaint. 15 U.S.C. § 1117(a).

11

3.      That Defendants be ordered to pay Hayward all damages suffered by Hayward by reason of Defendants' trademark infringement, unfair competition, and false designation of origin, as set forth in this Complaint. 15 U.S.C. § 1117(a).

4.      That the Court award Hayward three times the damages suffered by reason of the intentional, unlawful acts of Defendants as set forth in this Complaint. 15 U.S.C. § 1117(a); N.J. Stat. Ann. § 56:8-19.

5.      That Defendants be required to file with the Court and serve on the undersigned counsel for Hayward, within thirty (30) days after the entry of judgment, a written report under oath setting forth in detail the manner in which Defendants have complied with the injunction ordered by this Court. 15 U.S.C. § 1116.

6.      That this case be declared exceptional, and that Defendants be ordered to pay Hayward the costs of this action, filing fees, and its reasonable attorneys' fees. 15 U.S.C. § 1117(a); N.J. Stat. Ann. § 56:8-19.

7.      That Hayward shall have other such relief as this Court may deem just and proper.

MEI 20584903v.1

## JURY DEMAND

Hayward hereby demands a trial by jury on all issues and claims raised in the

Complaint that are triable by jury.

Respectfully submitted,

June 22, 2015

Scott S. Christie
Thomas J. Goodwin
Irene M. Hurtado
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

*Attorneys for Plaintiff Hayward Industries, Inc.*

13

## LOCAL CIV. R. 11.2 CERTIFICATION

I certify that to the best of my present knowledge, the matter in controversy is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

June 22, 2015

Scott S. Christie
Thomas J. Goodwin
Irene M. Hurtado
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

*Attorneys for Plaintiff Hayward Industries, Inc.*

14

# EXHIBIT A



# United States of America

## United States Patent and Trademark Office

# AQUA RITE

**Reg. No. 3,704,835** HAYWARD INDUSTRIES, INC. (NEW JERSEY CORPORATION)
Registered Nov. 3, 2009   620 DIVISION STREET
ELIZABETH, NJ 07207

**Int. Cl.: 11**   FOR: ELECTROLYTIC CHLORINE GENERATOR FOR USE WITH SWIMMING POOLS AND
SPAS FOR WATER PURIFICATION, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

TRADEMARK   FIRST USE 2-5-1997; IN COMMERCE 2-5-1997.
PRINCIPAL REGISTER

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,199,560.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "AQUA", APART FROM THE
MARK AS SHOWN.

SER. NO. 77-700,176, FILED 3-26-2009.

ZACHARY BELLO, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# EXHIBIT B



# EXHIBIT C

MEl 7960644v 1



# EXHIBIT D

MEI 7960644v.1

Int. Cl.: 11

Prior U.S. Cls.: 13, 21, 23, 31 and 34

**United States Patent and Trademark Office**

Reg. No. 3,156,434

Registered Oct. 17, 2006

### TRADEMARK
### PRINCIPAL REGISTER

# TURBO CELL

HAYWARD INDUSTRIES, INC. (NEW JERSEY CORPORATION)
620 DIVISION STREET
ELIZABETH, NJ 07207

FOR: ELECTROLYTIC CHLORINE GENERATORS FOR USE WITH SWIMMING POOLS AND SPAS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 2-0-1999; IN COMMERCE 2-0-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CELL", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 78-574,210, FILED 2-24-2005.

CHARLES L. JENKINS, EXAMINING ATTORNEY

# EXHIBIT E

MEI 7960644v.1

Amazon.com: CompuPool Aqua Rite T-Cell15 Replacement Salt Cell...

Try Prime

Patio, Lawn & Garden ▾

Shop by Department ▾   Your Amazon.com   Today's Deals   Gift Cards   Sell   Help        Hello. Sign in Your Account ▾   Try Prime ▾   Wish List ▾   0   Cart ▾

Patio, Lawn & Garden    Best Sellers   Deals   Outdoor Décor ▾   Gardening ▾   Grilling ▾   Patio Furniture ▾   Mowers & Landscaping Tools ▾

Patio. Lawn & Garden › Pools. Hot Tubs & Supplies › Cleaning Tools & Chemicals › Chemicals & Water Testing Products › Chlorine



**CompuPool Aqua Rite T-Cell15 Replacement Salt Cell - Replaces Hayward Salt Cell**

39 customer reviews

Price: $325.92 & FREE Shipping

Only 12 left in stock.
Ships from and sold by BackyardPoolSuperstore.

Estimated Delivery Date: June 10 - 15 when you choose Standard at checkout.

Share

Qty: 1 ▾

$325.92 + Free Shipping
In Stock. Sold by
BackyardPoolSuperstore

[ Add to Cart ]

Turn on 1-Click ordering for this browser

Ship to:
OH 45401

[ Add to Wish List ]

Click to open expanded view

Have one to sell?   [ Sell on Amazon ]

**Sponsored by Pool Mate**

Pool Mate 1-1304
Stabilized/Concentrated/Chlo
(11)
$26.21

Ad feedback

**Father's Day is June 21**
Deals and Gifts in Lawn & Garden
› Shop now

**Frequently Bought Together**



Price for both: $349.80

[ Add both to Cart ]

[ Add both to Wish List ]

These items are shipped from and sold by different sellers. Show details

☑ This Item: CompuPool Aqua Rite T-Cell15 Replacement Salt Cell - Replaces Hayward Salt Cell $325.92

☑ Hayward GLX-CELLSTAND Cleaning Stand Replacement for All Hayward Turbo Cells $23.88

**Customers Who Viewed This Item Also Viewed**                    Page 1 of 9

   

Case 2:15-cv-04213-SRC-CLW   Document 8   Filed 11/04/15   Page 31 of 58 PageID: 266
Case 2:15-cv-04213-SRC-CLW   Document 1   Filed 06/22/15   Page 11 of 38 PageID: 255
Amazon.com: Compupool Aqua Rite T-Cell-15 Replacement Salt Cell Replacement for Hay...

| Hayward Goldline T-CELL-15 Turbo Cell, 40,000 Gallon Pool with 15-Foot Cable | Hayward GLX-CELL-15-W 40K-Gallon Turbo Cell Replacement for Select... | Hayward GLX-CELLSTAND Cleaning Stand Replacement for All... | Chlorinator Pro CP-15 Aqua Rite Replacement Salt Water T-Cell-15 Hayward to 40K |
|---|---|---|---|
| 413 | 74 | 127 | 14 |
| | $385.00 | | |

## Customers viewing this page may be interested in these sponsored links (What's this?)

- **Compupool Pool Parts** — Save Money! Fix your own pool. Over 1 million happy customers — www.inyopools.com/**Compupool**_Parts
- **Salt Chlorine Generators** — Compare 17 brands here! On Sale Now Great Instructions 7-Yr Warr BBB A+ — www.discount**saltpool**.com/
- **CompuPool T-CELL-15** — CompuPool Generic T-**CELL**-15 - $349 + Limited Time Free 2-Day Shipping — www.poolsupplyunlimited.com/**AquaRite**

Ad feedback

## Special Offers and Product Promotions

- Get **$50 to spend at Amazon.com\*** when you get the Discover It card after $50 in purchases on Amazon.com during the first 3 months your account is open (allow 6-8 weeks to receive your digital gift card). Plus, **Double all the cash back** you've earned at the end of your first year automatically. Learn more.\*

## Product Details

**Shipping Information:** View shipping rates and policies

**ASIN:** B00C7YJFR6

**Average Customer Review:**    (39 customer reviews)

**Amazon Best Sellers Rank:** #88,449 in Patio, Lawn & Garden (See Top 100 in Patio, Lawn & Garden)

**Product Warranty:** For warranty information about this product, please click here

Would you like to **update product info, give feedback on images,** or **tell us about a lower price**?

---

> **Feedback**
>
> ▸ If you have a question or problem, visit our **Help pages**.
>
> ▸ If you are a seller for this product and want to change product data, click **here** (you may have to sign in with your seller id).

## Product Ads from External Websites (What's this?)       Sponsored Content    Page 1 of 5




| 15K Gallons Hayward Aqua-Rite and Swimpure Replacement Cell | Generic AutoPilot SC-36 (RC-35/22) Repl. Cell - Pool Salt Chlori... | Generic Resilience A5/ESC 40K Repl. Cell - Pool Salt Chlorinator... | Generic Resilience A3/E3C 18K Repl. Cell - Pool Salt Chlorinator... |
|---|---|---|---|
| $214.00 | $222.59 | $341.24 | $251.99 |
| + Free Shipping | + Free Shipping | + Free Shipping | + Free Shipping |
| Save on Pool Supplies | Backyard Pool Superstore | Backyard Pool Superstore | Backyard Pool Superstore |

Ad feedback

## Customer Questions & Answers

See questions and answers

Case 2:15-cv-04213-SRC-CLW   Document 8   Filed 11/04/15   Page 32 of 58 PageID: 267
Case 2:15-cv-04213-SRC-CLW   Document 1-1   Filed 06/22/15   Page 12 of 38 PageID: 265
Amazon.com : Compupool Aqua Rite T-Cell-15 Replacement Salt Cell Replacement w... Page 3 of 5

## Customer Reviews

**39**

1 6 out of 5 stars

| | |
|---|---|
| 5 star | 10% |
| 4 star | 0% |
| 3 star | 3% |
| 2 star | 5% |
| 1 star | 79% |

Share your thoughts with other customers

Write a customer review

See all 39 customer reviews

## Most Helpful Customer Reviews



🔵 HAYWARD

AquaNaut 200
POOL CLEANER

Shop now

Ad feedback

36 of 38 people found the following review helpful

**Compupool replacement T-15 Cell**

By JKAmazonReview on June 11, 2013

DO NOT, I repeat, DO NOT PURCHASE THIS REPLACEMENT CELL! This cell is worthless. I did extensive research before buying this replacement cell for my Hayward salt system. Initially, it produced a lot of chlorine just like the reviews I read had stated. The problem is that it failed after just 3 months of use. I bought it partly because of the fantastic 3 year full warranty. When I went to file a claim I had to jump through just about every hoop imaginable, sending this reading and that and water reports from a store. Eventually, they replaced it. That cell worked for about 2 months and then the same thing happened again. I didn't think it could possibly be the cell so I thought my board had just died and didn't want to have to replace the whole thing so I started using chemicals to chlorinate. After months of adding chemicals I was ready to go ahead and bite the bullet to get a new control board. I got a pool company that specialized in salt systems. They came out and much to my surprise diagnosed the problem as the cell! So I tried to file another warranty claim. Well this time I'm really getting a crazy run around and even though the test results clearly show that all chemicals are in balance for the system they are saying it's my water. NOT POSSIBLE. They tried to say it was the CYA (stabilizer). He tried to tell me mine was too high at 99. When I questioned that and pointed out that 99 is within the acceptable range he told me that it must be "something in my water", but can't point to what it could be. Everything has been checked, including phosphates. The "something" is the crummy cell!!!!

3 Comments    Was this review helpful to you?   Yes | No

15 of 16 people found the following review helpful

**Pool Supply Warehouse Was Great / CompuPool Awful**

By michael crosbie on June 5, 2013

Verified Purchase

I purchased this product as a replacement for my T-15 Hayward salt cell due to the lower price and the information of it being a direct replacement. I started having problems with the cell not working with my Hayward Swim Pure + system and contacted manufacturer of the cell CompuPool directly. At first they were very helpful telling me to repack cell, get water sample etc. I did all these things and when preparing to ship it back I got an Email telling me that the cell was fine it must be something else. At this point I was not very happy. I contacted the vendor Pool Supply Warehouse and they were Extremely helpful that is why there are two stars instead of one. I ordered the T-15 CELL which is the exact replacement for my original cell. I received it next day and everything is fine. I will order other products from Pool Supply Warehouse in the future but suggest to others to be very cautious if purchasing this product from CompuPool as a replacement from the original Hayward equipment.

Comment    Was this review helpful to you?   Yes | No

10 of 10 people found the following review helpful

**DO NOT BUY**

## Most Recent Customer Reviews

**WARRANTY SCAM**

purchased march 2014. unit failed 3 months later. claim filed and approved by compupool. numerous phone calls later, now may 2015 and no replacement. Read more

Published 10 days ago by Janet Colton

**Like many others that have reviewed this cell**

Like many others that have reviewed this cell, it is worthless. For the first swim season it worked great, the second swim season I was constantly chasing erroneous salt readings. Read more

Published 23 days ago by Jeffrey Waldrup

**Compupool Cell Warranty Process an Absolute Joke.**

While I believe that this is a decent replacement cell, the company's warranty process does not measure up. Read more

Published 24 days ago by Robert Johnson

**This product has worked well for us. It lasted ...**

This product has worked well for us. It lasted about 2 1/2 years in Florida. My problem is getting a replacement through the warranty. Read more

Published 1 month ago by bevlynn

**google compupool and better business bureau. "F" rating**

google compupool and better business bureau. "F" rating

Published 1 month ago by pnb

**Junk with a fictitious warranty**

Didn't even get 2 years out of this cell. The sealant around the power supply cord leaked glue all over the coupling and made it just about impossible to remove. Read more

Published 2 months ago by Teja Duncan

By Pele M on August 7, 2013

I have now gone through three of these cells. The first one lasted about 3 months before it started reading a very low (200 ppm) salt level. I called the manufacturer and got a warranty replacement, which took about a month. The second one lasted about 8 months, but mostly because it was wintertime, when the cell doesn't generate since it's too cold. The third one was DOA. I even tried replacing the Goldline motherboard ($135) to see if that was the problem. I have been pleased with the customer service - it is easy to get a warranty replacement - but it's not worth coming home to a green pool after a week vacation. I had a name brand Hayward cell before this and it lasted 5 years. I'm spending the extra $75 and going with the OEM cell. I would NOT buy this cell again and I would give 0 stars if I could.

1 Comment      Was this review helpful to you?   Yes   No

---

11 of 12 people found the following review helpful

**unhappy**

By susan davis on August 14, 2013

I purchased my compupool replacement salt cell about 2 years ago. The cell worked very well for about 10 months. Since then I have had it replaced two times and am now waiting for the third time. I bought it for the good warranty but a warranty is worthless if you have to replace it all the time. My last two replacements were used cells and each had problems. This last one probably had problems when I recieved it but it was winter time so hard to see bad cell prodution. Recommendation::: Do not purchase this generic. Buy Hayward my original cell lasted 4 years.

Comment      Was this review helpful to you?   Yes   No

---

7 of 7 people found the following review helpful

**Poor product all the way around**

By flynnhart11 on May 29, 2014

Purchased a T-Cell 15 online from Titanium Cells in August 2013 with a "no hassle 3 year warranty". The cell stopped producing chlorine in May of 2014. Oh, and it leaks as well at the inlet and outlet sides due to poor thread design. Turns out, it is actually a Compu pool product, don't get fooled by the Titanium Cell website trying to make it look like it is their product. I called Titanium Cell for a warranty replacement and they told me to call Compu pool as it is their product. I called Compu pool and was told I'd receive warranty info via email. Waited over a week and no email. Called and left message and they called the next day and said I'd get the email that day. Three days later, no email. Emailed Titanium Cell requesting support from them in obtaining a warranty replacement cell and no reply. So much for the "no hassle warranty". Not happy with the product and the customer service. I'll update if I ever get a replacement.

Comment      Was this review helpful to you?   Yes   No

---

7 of 7 people found the following review helpful

**DO NOT BUY THIS CELL IT FAILS CONTINUOUSLY!!!!!!!! FIFTH REPLACEMENT IN 2 1/2 YEARS!!!!!!**

By Greg Hustad on May 8, 2014

I purchased this cell in Aug 2011. I am waiting for my FIFTH cell that I have had to replace to date. Everytime I request a replacement cell they tell me it is out of stock and today the told me that the manufacture was telling them they were short of raw materials and COULDN'T GIVE THEM A DATE WHEN THEY WOULD BE AVAILABLE. WHAT??? Why the hell don't you have this cell in stock??? if I were to buy a new one on Amazon I could get it in a couple of days. Why do your distributors have them in stock but the factory has none to replace it and couldn't even give me a date that it would be available. And as others have said trying to get ahold of their customer repair service is nearly impossible.... AGAIN, DO NOT BUY THIS CELL!!!! I AM WAITING TO GET MY FIFTH REPLACEMENT IN TWO AND A HALF YEARS.....

Comment      Was this review helpful to you?   Yes   No

---

See all 39 customer reviews (newest first)

Write a customer review

---

**It seemed like a good idea when I purchased it**

It seemed like a good idea when I purchased it. 3 year warranty and all. After 2 years it didn't read the salt level correctly so it would not chlorinate. Read more

Published 2 months ago by Fred Erickson

**Good luck getting a replacement**

DO NOT SPEND A DIME ON THIS POS. They work for a few months and then die. Good luck getting a replacement. Read more

Published 2 months ago by Scott Hornick

**Not worth all the trouble**

Cell failed after normal use in less than 2yrs. Followed all warranty directions and finally received my replacement....7 MONTHS LATER!!!! Check out reviews of others. Read more

Published 3 months ago by MJBo

**Poor quality product**

Poor quality product. First product failed within 18 month, 2nd failed within a year. First was replaced under warranty. Read more

Published 4 months ago by Pamela K Reed

**Search Customer Reviews**

[                    ]   Search

☑ Search these reviews only

---

Your Recently Viewed Items and Featured Recommendations

Case 2:15-cv-04213-SRC-CLW   Document 8   Filed 11/04/15   Page 34 of 58 PageID: 269
Case 2:15-cv-04213-SRC-CLW   Document 1-1   Filed 06/22/15   Page 14 of 38 PageID: 285
Amazon.com: Compu-Pool Aqua Rite T-Cell 15 Replacement Salt Cell for Hayward... Page 2 of 5

Loading.



Ad feedback

Want to discover more products? Check out this page to see more: tcell 15

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Press Releases | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon and Our Planet | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| Amazon in the Community | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | Advertise Your Products | Amazon Currency Converter | Manage Your Content and Devices |
| | Self-Publish with Us | | Help |
| | Become an Amazon Vendor | | |
| | ↓ See all | | |

## amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| 6pm Score deals on fashion brands | AbeBooks Rare Books & Textbooks | ACX Audiobook Publishing Made Easy | AfterSchool.com Kids' Sports, Outdoor & Dance Gear | Alexa Actionable Analytics for the Web | Amazon Business Everything For Your Business | AmazonFresh Groceries & More Right To Your Door |
| Amazon Local Great Local Deals in Your City | Amazon Home Services Handpicked Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Download Audio Books | BeautyBar.com Prestige Beauty Delivered | Book Depository Books With Free Delivery Worldwide | Casa.com Kitchen, Storage & Everything Home |
| ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy | Diapers.com Everything But The Baby | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations |
| IMDb Movies, TV & Celebrities | Junglee.com Shop Online in India | Kindle Direct Publishing Indie Digital Publishing Made Easy | Look.com Kids' Clothing & Shoes | MYHABIT Private Fashion Designer Sales | Shopbop Designer Fashion Brands | Soap.com Health, Beauty & Home Essentials |
| TenMarks.com Math Activities for Kids & Schools | VineMarket.com Everything to Live Life Green | Wag.com Everything For Your Pet | Warehouse Deals Open-Box Discounts | Woot! Discounts and Shenanigans | Yoyo.com A Happy Place To Shop For Toys | Zappos Shoes & Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2015 Amazon.com, Inc. or its affiliates

# EXHIBIT F

ME1 7960644v.1

Case 2:15-cv-04213-SRC-CLW   Document 8   Filed 11/04/15   Page 36 of 58 PageID: 271
Case 2:15-cv-04213-SRC-CLW   Document 1-1   Filed 06/22/15   Page 16 of 38 PageID: 30
Amazon.com : Hayward Goldline T-CELL-15 Turbo Cell, 40, 000 Gallon Pool with 15-F...   Page 1 of 7



Case 2:15-cv-04213-SRC-CLW   Document 8   Filed 11/04/15   Page 37 of 58 PageID: 272
Case 2:15-cv-04213-SRC-CLW   Document 1-1   Filed 06/23/15   Page 17 of 38 PageID: 31
Amazon.com : Hayward Goldline T-CELL-15 Turbo Cell, 40, 000 Gallon Pool with 15-F...   Page 2 of 7



Hayward GLX-CELLSTAND Cleaning Stand Replacement for All ..
133
$23.88



AquaChek Salt Swimming Pool Test Strips
59
$10.39



Hayward GLX-PCB-RITE Main PCB Replacement for Hayward AQR Goldline Aqua Rite Salt...
237
$199.99



Hayward GLX-FLO-RP 15-Feet Cable Flow Switch Assembly without Tee Replacement Kit...
132
$53.99



Hayward GLX-CELL-15-W 40K-Gallon Turbo Cell Replacement for Select...
80
$385.00



Hayward GLX-CELL-UNION 2-Inch Union, Nut and Tailpiece Replacement...
14
$18.34

---

## Sponsored Products Related To This Item (What's this?)



Taylor K-1003 Residential Trouble Shooter Pool & Spa Test Kit (OT)
(15)
$15.89



Taylor 9285 - Magneticstirrer. Speedstir, Start-Uppack (Uses9198 & 6101)
(68)
$26.00



Natural Chemistry Liquid Swimming Pool Stabilizer and Conditioner - 1 Ga...
(27)
$29.73

Ad feedback

---

## Customers viewing this page may be interested in these sponsored links (What's this?)

- **Best USA Salt Pool System** — 7-Year Warranty, No Penalty for DIY Easy Install. Buy Direct and Save!  — www.circupool.com/

- **AquaRite Turbo Cell-15** — Limited Time Free 2-Day Shipping! AquaRite OEM $469 - Generic $349 — www.poolsupplyunlimited.com/AquaRite

- **Replacement Salt Cells** — $287 Compare Top Brands For **Hayward** Salt Systems, Free Shipping! — www.poolguysupply.com/Salt**Cells**

Ad feedback

---

## Special Offers and Product Promotions

Size: 40000 Gallon

- **Save Big On Open-Box & Used Products:** Buy "Hayward Goldline T-CELL-15 Turbo Cell, 40,000 Gal..." from Amazon Open-Box & Used and save 46% off the $645.00 list price. Product is eligible for Amazon's 30-day returns policy and Prime or FREE Shipping. See all offers from Amazon Open-Box & Used.

- Your cost could be **$379.00** instead of $409.00! Get a **$30.00 gift card instantly** upon approval for the **Amazon.com Rewards Visa Card**. Apply now.

Case 2:15-cv-04213-SRC-CLW   Document 8   Filed 11/04/15   Page 38 of 58 PageID: 273
Case 2:15-cv-04213-SRC-CLW   Document 1-1   Filed 06/22/15   Page 18 of 38 PageID: 327
Amazon.com : Hayward Goldline T-CELL-15 Turbo Cell, 40, 000 Gallon Pool with 15-F...   Page 3 of 7

## Product Description

Size: 40000 Gallon

### Product Description

Replacement turbo salt cell for the Goldline Aqua Rite salt chlorinator from Hayward, Hayward replacement part number T-CELL-15.

### From the Manufacturer

Goldline T-CELL-15 Chlorinator for 40,000-Gallon Pool, 15-Feet Cable. Right-sized salt chlorination. Goldline Controls now offers a Newline of Turbo Cells for their salt chlorination and controls solutions. The cells now come in three sizes - 40,000, 25,000 and 15,000-Gallon. The New sizes enable you to right-size your pool for the most-efficient and cost-effective chlorination possible. These cells are based on the proven Turbo Cell technology that made Goldline Controls the leader in salt chlorination. They automatically generate a self-renewing supply of fresh, pure chlorine -

## Product Details

Size: 40000 Gallon

Product Warranty: For warranty information about this product, please click here [PDF]          | Manual [PDF]

**Product Dimensions:** 7.3 x 13.1 x 5.8 inches ; 4.2 pounds

**Shipping Weight:** 4.4 pounds (View shipping rates and policies)

**Domestic Shipping:** Item can be shipped within U.S.

**International Shipping:** This item is not eligible for international shipping. Learn More

**ASIN:** B002EL40RM

**Item model number:** T-CELL-15

**Average Customer Review:**          (444 customer reviews)

**Amazon Best Sellers Rank:** #421 in Patio, Lawn & Garden (See Top 100 in Patio, Lawn & Garden)
    #5 in Patio, Lawn & Garden > Pools, Hot Tubs & Supplies > Parts & Accessories > **Pumps**

    #8 in Patio, Lawn & Garden > Pools, Hot Tubs & Supplies > Cleaning Tools & Chemicals > Chemicals & Water Testing Products > **Chlorine**

Product Warranty: For warranty information about this product, please click here [PDF]

Would you like to **update product info, give feedback on images, or tell us about a lower price?**

### Product Ads from External Websites (What's this?)                    Sponsored Content    Page 1 of 4











| Hayward Aqua-Rite In Ground Pool Chlorine Generator - 40,000 Gal... | Hayward T-CELL-15 Turbo Cell 40K 3 yr Warranty | Hayward Aqua-Rite In Ground Pool Chlorine Generator - 15,000 Gal... | Hayward Swimpure In Ground Pool Chlorine Generator - 40,000 Gallons | Hayward P-Kit Plumbing Kit for Pro Logic - Aqua Rite Salt Chlori... |
| --- | --- | --- | --- | --- |
| $779.00 | $439.00 | $738.00 | $1,119.00 | $139.99 |
| + Free Shipping | No Shipping Info | (39) | (3) | (4) |
| **Save on Pool Supplies** | **American Best Pool Supply Co** | + Free Shipping | + Free Shipping | No Shipping Info |
|  |  | **Save on Pool Supplies** | **Save on Pool Supplies** | **YourPoolHQ** |

Ad feedback

## Customer Questions & Answers

See questions and answers

Case 2:15-cv-04213-SRC-CLW   Document 8   Filed 11/04/15   Page 39 of 58 PageID: 274
Case 2:15-cv-04213-SRC-CLW   Document 1-1   Filed 06/22/15   Page 19 of 38 PageID: 33
Amazon.com : Hayward Goldline T-CELL-15 Turbo Cell, 40, 000 Gallon Pool with 15-P...   Page 4 of 7

**444**

4.6 out of 5 stars

| | | |
|---|---|---|
| 5 star | 81% | |
| 4 star | 9% | |
| 3 star | 2% | |
| 2 star | 2% | |
| 1 star | 6% | |

Share your thoughts with other customers

Write a customer review

See all 444 customer reviews

**$1.00 off coupon**
on one Pentena product
Offer ends on or before
Jul 5, 2015

Ad feedback

## Most Helpful Customer Reviews

99 of 101 people found the following review helpful

### Great cell if you get the T-cell 15 model that is, Poolman review

By Mrdgvb1 TOP 1000 REVIEWER on May 25, 2013

Size: 40000 Gallon
I've read a lot of reviews about this vendor and other vendors selling the Hayward Turbo Cell T-15 and how some customers got a T-9 or an entirely different salt cell. I would suggest confirming with the seller before finalizing the purchase online. From what I have read here you need to be careful to read the actual description at check out.

You also want to check your units firmware version. Some units cannot switch between a T-3, T-9 or T-15 cell. You may need to get an exact

Length: 3:30 Mins

replacement cell in that case - for example you can't go up to a T-15 from a T-9 unit. I think the newer units can take the four different salt cell models and not the older units

The T-15 cell shown here has a three year warranty - one year parts and labor and two more years parts only -labor extra. The T-cell 15 should last a good five years under normal conditions. The video covers basic installation & when to replace the cell:

This is how and when to replace your Hayward Aqua Rite Turbo Cell T-15, T-9, T-3. It is pretty simple to do but you may need to recalibrate the new cell. It will also recalibrate itself after a couple of hours. I also cover when to replace the cell and will show you how to recalibrate the unit.

Basically if the salt cell is over five years old or near that age you will start to notice some common problems. The most obvious is that the inspect cell light will stay on solid even after the cell is clean. You will also get a low salt level reading even when the salt level is fine.

It is a good idea to get a reading at your local store or with a salt test strip if you think the unit is failing. You may also have problems with low voltage and low amps when the salt cell is generating. Read more ›

2 Comments    Was this review helpful to you?   Yes   No

105 of 108 people found the following review helpful

### If you are not purchasing through Amazon, you're paying too much.

By James T. Ory on September 18, 2010

Size: 40000 Gallon   Verified Purchase
I purchased my t-cell through Amazon.com. I have a 7 year old Nature Soft system that really has served me well. The t-cell finally failed, two years after its normal life span. Not bad. I live in Florida so the system runs 365 days a year at around 8 hours per day. Do the math.

Buying the replacement t-cell through Amazon saved me almost $180.00 - no complaints there. I ordered it on the 13th of the month and it arrived on the 18th of the month - super saving shipping and it came 4 days earlier than estimated. Again no complaints.

I removed the old cell, making sure my pool water was chemically balanced, and installed the new cell. Turned on the pump, reset the controller, and I've got chlorination again.

My only mistake I made was not checking the salinity of the water with salt test strips before adding more salt because the controller displayed low salt. When the cell is older than 3 years, double check your salt level with salt test strips before adding salt. I added so much salt before realizing the cell could be bad, that I needed to drain almost half the pool and refill with clean water to get the level back into the normal range.

One other thing that may be of useful information is that you should replace your cell with the same rating as the one that has failed. I have a 13,000 gallon pool with a 40,000 gallon t-cell. I could have gone with a

**Customer Images**

## Most Recent Customer Reviews

**Five Stars**
received promptly and after a few minutes to install, it was working perfectly,
Published 1 day ago by Peter J Pfarr

**order was on time and in excellent condition. I would recommend...**
no problem finding the right cell, order was on time and in excellent condition. I would recommend Hayward for all your pool needs.
Published 1 day ago by sandra phillips

**and our salt generator is working just fine. We highly recommend the...**
When our T-Cell stopped working, our local pool company wanted $700 for a new one. When researching our options on Amazon, this is the exact same item we were replacing and was... Read more
Published 2 days ago by kctagreen

**and it works great!!**
It was the right part that I needed, and it works great!!!
Published 3 days ago by Thomas O'Reilly

**Buy the OEM like this one (not a generic)**
My pool is about 10 years old .. my first OEM (just like this one) lasted about 7 years. My last replacement (3 years ago) was a generic and is just plain stopped working right... Read more
Published 3 days ago by Patrick Ryan

**Five Stars**
Arrived on time and works perfectly.
Published 3 days ago by John Schreiner

**Five Stars**
Excellent price. Easy to replace.
Published 4 days ago by Cape1626

**Five Stars**
Product arrived as expected and is working fine.
Published 5 days ago by Daniel Stolz

**So easy to install and within and few hours**
So easy to install and within and few hours, my pool was clearing up and now is crystal clear. So thrilled.
Published 8 days ago by Judith Anderson

**Five Stars**

Case 2:15-cv-04213-SRC-CLW   Document 8   Filed 11/04/15   Page 40 of 58 PageID: 275
Case 2:15-cv-04213-SRC-CLW   Document 1-1   Filed 06/22/15   Page 20 of 38 PageID: 34
Amazon.com : Hayward Goldline T-CELL-15 Turbo Cell, 40,000 Gallon Pool with 15-F...   Page 5 of 7

lower rated t-cell, but then I think one needs to change the firmware to adjust for the difference. With the exact replacement cell, you only need to reset the controller after reinstalling the new replacement t-cell.

4 Comments   Was this review helpful to you?   Yes   No

20 of 20 people found the following review helpful
### They do what they say the will do and are vertually maintance fre
By T. Wilson on April 22, 2012

Size: 40000 Gallon

Do the research. Yea I too ended up adding to much salt to my pool because I got a bad reading on dispaly. But realy DA I should have noticed from past experience I was adding way too much salt to bring the level up. However, the additional salt does not ruin the unit it was bad prior to that. My research reveled that I shold expect 3-5 years of use from the unit based on hours run, I should get about 10,000 hrs out of the unit(of course there are some variables,common sense tells you this). Here's my finding from PoolCenter.com, "What happens if I add too much salt?

Over-salting will not harm your chlorine generating system, but will lead to a salty tasting water. For some, this is not undesirable as it will more closely match our bodies natural salinity level, making it more comfortable to swim in. If it is too excessive (over 6000 ppm), you can sustain corrosion damage to metallic equipment such as stainless steel handrails, ladders and filters, light rings, or copper heat exchangers. To reduce the salt level, dilution is the solution. Drain some water and refill with fresh water." JUST do the research is my suggestion

2 Comments   Was this review helpful to you?   Yes   No

49 of 55 people found the following review helpful
### All you need for replacement
By J. Lane on August 29, 2009

Size: 40000 Gallon   Verified Purchase

My salt system was installed with the pool in '03 and the generator just went out. Luckily my local pool dealer was honest and said to check online for a new t-cell. They wanted $750 and this is the same item for over $200 less. I've never had a problem with Amazon so I figured it was worth a shot. It works just fine so no complaints.

1 Comment   Was this review helpful to you?   Yes   No

89 of 104 people found the following review helpful
### Frustrating --
By Jeff Smithers on May 20, 2010

Size: 15000 Gallon   Verified Purchase

I had a T Cell 15 (40,000 gallon rated) for our 13,000 gallon pool. I thought, let me save some money and get the right size.

Opened the box -- and there's a warning about the firmware for your controller -- your control panel, depending on model, has to be running a certain version of the firmware to use this cell.

I call the maker -- aquarite -- and they said you'd have to replace the whole panel to update the firmware

Guess I'll stick with the T Cell 15. Wish that'd been posted somewhere in the tech specs. Make sure your device will accept this.

11 Comments   Was this review helpful to you?   Yes   No

See all 444 customer reviews (newest first)

[ Write a customer review ]

Replacement part. Worked well out of box..no problem replacing
Published 6 days ago by stuart kaplan

**Search Customer Reviews**

[                    ]   Search

## Set up an Amazon Giveaway

Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more

This item: Hayward Goldline T-CELL-15 Turbo Cell, 40,000 Gallon Pool with 15-Foot Cable

Price: $409.00

Ships from and sold by Amazon.com

[ Set up a giveaway ]

Case 2:15-cv-04213-SRC-CLW   Document 8   Filed 11/04/15   Page 41 of 58 PageID: 276
Case 2:15-cv-04213-SRC-CLW   Document 1-1   Filed 06/22/15   Page 21 of 38 PageID: 35
Amazon.com : Hayward Goldline T-CELL-15 Turbo Cell, 40,000 Gallon Pool with 15 F ...   Page 6 of 7









Hayward GLX-CELL-15-W
40K-Gallon Turbo Cell
Replacement for Select...
80
$385.00

Hayward GLX-
CELLSTAND Cleaning
Stand Replacement for
All...
133
$23.88

Hayward GLX-CELL-5
20K-Gallon Turbo Cell
Replacement for Select
Hayward Salt Chlorine...
39
$295.00

Hayward T-Cell-15-LL
Extended Life TurboCell
Pool with 15 Feet Cable,
40000-Gallon
$675.00

Hayward AQR15 Goldline
AquaRite Electronic Salt
Pool Chlorinator Control
Box Complete with...
39
$901.99



Simple Cell Replacement
Salt Cell Up To 40,000
Gallon
2
$297.00

**Your Recently Viewed Items and Featured Recommendations**



Loading



Pool
Mate

Pool Mate Chlorine
Tabs Keep Your Pool
Clean

Pool Mate 1-1407 Jumbo 3-Inch Chlorine
Tablets, 7-
(92)
$34.99  $33.13      [ Add to Cart ]

Ad feedback

Want to discover more products? Check out these pages to see more: cheap oem software, cheap turbo, pool filters a or c, pool filter systems what's best, last of us $15, pool equipment supply

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Help

**amazon**.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

Case 2:15-cv-04213-SRC-CLW   Document 8   Filed 11/04/15   Page 42 of 58 PageID: 277
Case 2:15-cv-04213-SRC-CLW   Document 1-1c   Filed 06/22/15   Page 22 of 38 PageID: 36
Amazon.com : Hayward Goldline T-CELL-15 Turbo Cell, 40,000 Gallon Pool with 15-F...   Page 7 of 7

| 6pm | AbeBooks | ACX | AfterSchool.com | Alexa | Amazon Business | AmazonFresh |
|---|---|---|---|---|---|---|
| Score deals on fashion brands | Rare Books & Textbooks | Audiobook Publishing Made Easy | Kids' Sports, Outdoor & Dance Gear | Actionable Analytics for the Web | Everything For Your Business | Groceries & More Right To Your Door |
| Amazon Local | Amazon Home Services | Amazon Web Services | Audible | BeautyBar.com | Book Depository | Casa.com |
| Great Local Deals in Your City | Handpicked Pros Happiness Guarantee | Scalable Cloud Computing Services | Download Audio Books | Prestige Beauty Delivered | Books With Free Delivery Worldwide | Kitchen, Storage & Everything Home |
| ComiXology | CreateSpace | Diapers.com | DPReview | East Dane | Fabric | Goodreads |
| Thousands of Digital Comics | Indie Print Publishing Made Easy | Everything But The Baby | Digital Photography | Designer Men's Fashion | Sewing, Quilting & Knitting | Book reviews & recommendations |
| IMDb | Junglee.com | Kindle Direct Publishing | Look.com | MYHABIT | Shopbop | Soap.com |
| Movies, TV & Celebrities | Shop Online in India | Indie Digital Publishing Made Easy | Kids' Clothing & Shoes | Private Fashion Designer Sales | Designer Fashion Brands | Health, Beauty & Home Essentials |
| TenMarks.com | VineMarket.com | Wag.com | Warehouse Deals | Woot! | Yoyo.com | Zappos |
| Math Activities for Kids & Schools | Everything to Live Life Green | Everything For Your Pet | Open Box Discounts | Discounts and Shenanigans | A Happy Place To Shop For Toys | Shoes & Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2015, Amazon.com, Inc. or its affiliates

# EXHIBIT G

Amazon.com: Customer Reviews: CompuPool Aqua Rite T-Cell15 Replacement Salt Cell...   Page 3 of 4

Shop by
Department ▾         Recommended for You    Today's Deals    Gift Cards    Sell          Hello. Sign in
Your Account ▾     Try
Prime ▾     Wish
List ▾     0
Cart

CompuPool Aqua Rite T-Cell15 Replacement Salt Cell - Replaces Hayward...   › Customer Reviews

## Customer Reviews          CompuPool Aqua Rite T-Cell15 Replac...

**39**                                            [ See All Buying Options ]

1 6 out of 5 stars

| | |
|---|---|
| 5 star | 10% |
| 4 star | 2% |
| 3 star | 3% |
| 2 star | 5% |
| 1 star | 80% |

**Rate this item**     [ Write a review ]

[ Add to Wish List ]

---

### Most helpful positive review
See all 5 positive reviews ›

1 of 1 people found the following review helpful

**Worked In Florida for three years.**
By Warren Redlich on September 27, 2014

I bought mine from another website over 3 years ago. It
just failed now and I think it's done. But that's three
years in Florida, where we run it every day and don't
close it for winter. I'll happily buy another.

### Most helpful critical review
See all 34 critical reviews ›

38 of 38 people found the following review helpful

**Compuool replacement T-15 Cell**
By JKAmazonReview on June 11, 2013

DO NOT, I repeat, DO NOT PURCHASE THIS
REPLACEMENT CELL! This cell is worthless. I did
extensive research before buying this replacement cell
for my Hayward salt system. Initially, it produced a lot
of chlorine just like the reviews I read had stated. The
problem is that it failed after just 3 months of use. I
bought it partly because of the fantastic 3 year full
warranty. When I went to file a claim I had to jump
through just about every hoop imaginable, sending this
Reading and that and water reports from a store.

**20% off coupon**
on Ziploc® Space Bags®

Ad feedback

---

Sort
by:    [ Most r... ]     Filter
by:    [ All review... ]     [ All stars ]          [ Keyword ]
[ Searc ]

**Questions? Get fast answers from reviewers**

What do you want to know about CompuPool
Aqua Rite T-Cell15 Replacement Salt Cell -
Replaces Hayward Salt Cell?

See 1 answered question                [ Ask ]

#### WARRANTY SCAM
By Janet Cotton "jlc" on May 24, 2015

purchased march 2014. unit failed 3 months later. claim filed and approved by compupool. numerous phone calls
later, now may 2015 and no replacement. their explanation is: the company/supplier in Australia is not providing
the dealer with replacement units. But they continue to sell the units...???????$$$$ A WARRANTY SCAM

Comment     Was this review helpful to you?    [ Yes ]  [ No ]   Report abuse

#### Like many others that have reviewed this coil
By Jeffrey Waldrup on May 11, 2015

Like many others that have reviewed this cell, it is worthless. For the first swim season it worked great, the second
swim season I was constantly chasing erroneous salt readings. One week it would read high and the next it would
read low. I basically didn't trust it and had to use strip tests all the time. The third season I didn't use it since it
since I replastered my pool. Now the beginning of the fourth season and it reads "High Cell Temp" and will not
turn on. Took the call to my local pool store and they verified the sensor was shot. I am conveniently 2 weeks past
the three year warranty and Compupool will not replace. So now I have to buy an new cell for a what is essentially
a $15 part at best.

Comment     Was this review helpful to you?    [ Yes ]  [ No ]   Report abuse

#### Compupool Cell Warranty Process an Absolute Joke.
By Robert Johnson on May 11, 2015

While I believe that this is a decent replacement cell, the company's warranty process does not measure up. The
company I work for represents major pool equipment manufacturers and their warranty process works
wonderfully. However, with Compupool things have been a bit slow in regards to getting warranties resolved. I
submitted a warranty claim in September of 2014 and another in February of 2015 for two different defective cells
and am yet to receive replacement cells under warranty. In effect I have paid twice for each product with no
indication whatsoever that I will ever get replacements. I have been told that the replacement cells are on back

**Customers who viewed this also viewed**

Hayward Goldline T-CELL-15
Turbo Cell, 40,000 Gallon Pool
with 15-Foot Cable by Hayward
444
$409.00

Hayward GLX-CELL-15-W 40K-
Gallon Turbo Cell Replacement
for Select Hayward Salt Chlorine
Generators by Hayward
80
$385.00

Hayward GLX-CELLSTAND
Cleaning Stand Replacement for
All Hayward Turbo Cells by
Hayward
133
$23.88

---

Case 2:15-cv-04213-SRC-CLW   Document 8   Filed 11/04/15   Page 45 of 58 PageID: 280
Case 2:15-cv-04213-SRC-CLW   Document 1-1   Filed 06/22/15   Page 85 of 98 PageID: 304
Amazon.com: Customer Reviews: CompuPool Aqua-Rite-T-Cell15-Replacement Salt Cell...   Page 2 of 4

order from Australia. It makes no sense to me that new cells are sold daily but warranty cells are unavailable. I would shy away from purchasing this product until they can get their warranty process in shape.

Comment   Was this review helpful to you?   Yes   No   Report abuse

**Send us feedback**

How can we make Amazon Customer Reviews better for you?
Let us know here.

### This product has worked well for us. It lasted ...
By bevlynn on April 28, 2015

This product has worked well for us. It lasted about 2 1/2 years in Florida. My problem is getting a replacement through the warranty. Completed all their paper work sent it all in and was told the warranty was approved. However, I was advised that they are on back order. I have been waiting a month now. This company needs to fix their warranty issues.

Comment   Was this review helpful to you?   Yes   No   Report abuse

1 of 1 people found the following review helpful
### google compupool and better business bureau. "F" rating
By pnb on April 7, 2015

google compupool and better business bureau. "F" rating

Comment   Was this review helpful to you?   Yes   No   Report abuse

1 of 1 people found the following review helpful
### Junk with a fictitious warranty
By Taja Duncan on April 4, 2015

Didn't even get 2 years out of this cell. The sealant around the power supply cord leaked glue all over the coupling and made it just about impossible to remove. The warranty is worthless because customer service is no existent. DO NOT BUY!

Comment   Was this review helpful to you?   Yes   No   Report abuse

1 of 1 people found the following review helpful
### It seemed like a good idea when I purchased it
By Fred Erickson on March 31, 2015

It seemed like a good idea when I purchased it. 3 year warranty and all. After 2 years it didn't read the salt level correctly so it would not chlorinate. In early October, 2014, I requested a warranty replacement (going through all of their hoops). Warranty replacement was approved on October 23, 2014. It is now March 31, 2015 and they are telling me that they received the wrong cells in their last shipment from Australia. The interesting part is that it appears that their distribution channel is full of the cells yet they can't send me a warranty replacement.
I wish I had looked at the BBB rating before purchasing:
"On 08/28/2014 this company's accreditation in BBB was revoked by BBB's Board of Directors due to failure to eliminate the underlying cause of complaints on file with the BBB and failure to maintain minimum BBB Rating" Better Business Bureau rates them an F on an A-F scale.

Comment   Was this review helpful to you?   Yes   No   Report abuse

1 of 1 people found the following review helpful
### Good luck getting a replacement
By Scott Hornick on March 14, 2015

DO NOT SPEND A DIME ON THIS POS. They work for a few months and then die. Good luck getting a replacement. I've been waiting over 3 months after spending 1 month trying to "prove" the cell failed. Had to send in pictures, 2 years of pool chemistry history, credit card info, e-mails and phone calls up the ying-yang. The excuse is the factory in Australia has them back-ordered but of course you can buy them all over the internet. What a JOKE!!!!

Comment   Was this review helpful to you?   Yes   No   Report abuse

### Not worth all the trouble
By MJBo "Mick" on February 20, 2015

Coil failed after normal use in less than 2yrs. Followed all warranty directions and finally received my replacement.... 7 MONTHS LATER!!!! Check out reviews of others.This product is a joke and so is the warranty.Check out the Fla. BBB report..

Comment   Was this review helpful to you?   Yes   No   Report abuse

1 of 1 people found the following review helpful
### Poor quality product
By Pamela K Reed on January 30, 2015

Poor quality product. First product failed within 18 month, 2nd failed within a year. First was replaced under warranty. Our warranty request was approved on the second product, but after six months of waiting, it is still "out of stock" - yet these cells are still being sold new online. Our advice: DO NOT BUY THIS PRODUCT.

Case 2:15-cv-04213-SRC-CLW   Document 8   Filed 11/04/15   Page 46 of 58 PageID: 281
Case 2:15-cv-04213-SRC-CLW   Document 1-1   Filed 06/22/15   Page 86 of 38 PageID: 401
Amazon.com: Customer Reviews: CompuPool Aqua Rite T-Cell15 Replacement Salt Cell... Page 3 of 4

Comment    Was this review helpful to you?   Yes    No    Report abuse

← Previous    1   2   3   4    Next →

‹ See all details for CompuPool Aqua Rite T-Cell15 Replacement Salt Cell - Replaces Hayward...

## Sponsored Links  (What's this?)

- **Salt Pool Cell Gone Bad?** 🖾  ·  It's Time To Take A Look At a Fresh Mineral Water Pool System!    www.kingtechnology.com/
- **Salt Chlorine Generators** 🖾  ·  Compare 17 brands here! On Sale Now Great Instructions 7-Yr Warr BBB A+    www.discountsaltpool.com/
- **Broken Goldline salt cell** 🖾  ·  Warranty Fully Repair Cells Systems Salt Chlorinators Aqua Rite Systems    www.saltsolutionsinc.com/

Ad feedback

## Your Recently Viewed Items and Featured Recommendations

Inspired by your browsing history

Page 1 of 3




Hayward GLX-FLO-RP 15-Feet Cable Flow Switch Assembly without Tee Replacement Kit...
132
$53.99

Hayward GLX-PCB-RITE Main PCB Replacement for Hayward AQR Goldline Aqua Rite Salt...
238
$199.99

Hayward GLX-CELLSTAND Cleaning Stand Replacement for All...
133
$23.88

Hayward GLX-CELL-15-W 40K-Gallon Turbo Cell Replacement for Select...
80
$385.00

You viewed

› View or edit your browsing history

See personalized recommendations

**Sign in**

New customer? Start here

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Press Releases | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon and Our Planet | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| Amazon in the Community | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| Amazon Devices | Advertise Your Products | Amazon Currency Converter | Manage Your Content and Devices |
|  | Self-Publish with Us |  | Help |
|  | Become an Amazon Vendor |  |  |
|  | › See all |  |  |

## amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| 6pm | AbeBooks | ACX | AfterSchool.com | Alexa | Amazon Business | AmazonFresh |
|---|---|---|---|---|---|---|
| Score deals on fashion brands | Rare Books & Textbooks | Audiobook Publishing Made Easy | Kids' Sports, Outdoor & Dance Gear | Actionable Analytics for the Web | Everything For Your Business | Groceries & More Right To Your Door |
| Amazon Local Great Local Deals in Your City | Amazon Home Services Handpicked Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Download Audio Books | BeautyBar.com Prestige Beauty Delivered | Book Depository Books With Free Delivery Worldwide | Casa.com Kitchen, Storage & Everything Home |

Amazon.com: Customer reviews: CompuPool Aqua-Rite T-Cell15 Replacement Salt Cel...

| ComiXology | CreateSpace | Diapers.com | DPReview | East Dane | Fabric | Goodreads |
| Thousands of | Indie Print Publishing | Everything | Digital | Designer Men's | Sewing, Quilting | Book reviews |
| Digital Comics | Made Easy | But The Baby | Photography | Fashion | & Knitting | & recommendations |
| | | | | | | |
| IMDb | Junglee.com | Kindle Direct Publishing | Look.com | MYHABIT | Shopbop | Soap.com |
| Movies, TV | Shop Online | Indie Digital Publishing | Kids' Clothing | Private Fashion | Designer | Health, Beauty & |
| & Celebrities | in India | Made Easy | & Shoes | Designer Sales | Fashion Brands | Home Essentials |
| | | | | | | |
| TenMarks.com | VineMarket.com | Wag.com | Warehouse Deals | Woot! | Yoyo.com | Zappos |
| Math Activities | Everything | Everything | Open-Box | Discounts and | A Happy Place | Shoes & |
| for Kids & Schools | to Live Life Green | For Your Pet | Discounts | Shenanigans | To Shop For Toys | Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2015, Amazon.com, Inc. or its affiliates

Amazon.com: Customer Reviews: CompuPool Aqua Rite T-Cell15 Replacement Salt Cell...   Page 1 of 3

Shop by
Department ▾         Recommended for You    Today's Deals   Gift Cards   Sell        Hello, Sign in    Try      Wish     0
                                                                                     Your Account ▾  Prime ▾  List ▾   Cart

CompuPool Aqua Rite T-Cell15 Replacement Salt Cell - Replaces Hayward... › Customer Reviews

## Customer Reviews        CompuPool Aqua Rite T-Cell15 Replac...

**39**                                                    [ See All Buying Options ]

**1.6 out of 5 stars**

| 5 star | 10% |
| 4 star | 2% |
| 3 star | 3% |
| 2 star | 5% | **Rate this Item** [ Write a review ] |
| 1 star | 80% |

[ Add to Wish List ]

### Most helpful positive review
See all 5 positive reviews ›

1 of 1 people found the following review helpful
**Worked In Florida for three years.**
By Warren Redlich on September 27, 2014

I bought mine from another website over 3 years ago. It
just failed now and I think it's done. But that's three
years in Florida, where we run it every day and don't
close it for winter. I'll happily buy another.

### Most helpful critical review
See all 34 critical reviews ›

38 of 38 people found the following review helpful
**Compupool replacement T-15 Cell**
By JKAmazonReview on June 11, 2013

DO NOT, I repeat, DO NOT PURCHASE THIS
REPLACEMENT CELL! This cell is worthless. I did
extensive research before buying this replacement cell
for my Hayward salt system--initially, it produced a lot
of chlorine just like the reviews I read had stated. The
problem is that it failed after just 3 months of use. I
bought it partly because of the fantastic 3 year full
warranty. When I went to file a claim I had to jump
through just about every hoop imaginable, sending this
reading and that and water reports from a store.

**20% off coupon**
on Ziploc® Space Bag®

Ad feedback

Sort
by:  [ Most r... ]    Filter
                    by:  [ All review... ]  [ All stars ]     [ Keyword ]
                                                              [ Searc ]

1 of 1 people found the following review helpful
**Don't buy Compupool products!**
By Paula J Cardinali on January 17, 2015

Do not buy ANYTHING from Compupool they have the WORST customer service imaginable. My salt generator
died after 3 months and it took 6 months for them to get me a replacement. That was last August. I'm still trying to
get my chlorine reimbursement. It's been over 3 months now. Buy Hayward and stay away from Compupool.

Comment   Was this review helpful to you?  [ Yes ] [ No ]  Report abuse

**Do not buy!!**
By Lisa Renshaw "Do It Yourself Queen" on January 14, 2015

Don't Buy! These are crap- will fail about a year in and the 3 year warranty is bogus! I have filed paperwork and
been waiting for 5 months for my replacement cell after my cell failed 1 year in and still no response!! Too bad
because I liked the lower price and clear viewing housing

Comment   Was this review helpful to you?  [ Yes ] [ No ]  Report abuse

**This product is inferior and failed after one year of ...**
By Michelle Crefasi on December 24, 2014

This product is inferior and failed after one year of operation. I have been unable to obtain a warranty replacement
from the company. I wold not purchase this unit.

Comment   Was this review helpful to you?  [ Yes ] [ No ]  Report abuse

**COMPU POOL T15 Salt Cell**
By Havasu Kid on December 13, 2014

DO NOT BUY THIS CELL there warranty is not worth darn they keep on saying they are on back order and ca not
give a Date when they will get them. They may be cheaper, but don't buy it. My cell is 14 month old and bad.......

### Questions? Get fast answers from reviewers

What do you want to know about CompuPool
Aqua Rite T-Cell15 Replacement Salt Cell -
Replaces Hayward Salt?

See 1 answered question                [ Ask ]

### Customers who viewed this also viewed

Hayward Goldline T-CELL-15
Turbo Cell, 40,000 Gallon Pool
with 15-Foot Cable by Hayward
444
$409.00

Hayward GLX-CELL-15-W 40K-
Gallon Turbo Cell Replacement
for Select Hayward Salt Chlorine
Generators by Hayward
80
$385.00

Hayward GLX-CELLSTAND
Cleaning Stand Replacement for
All Hayward Turbo Cells by
Hayward
133
$23.88

Case 2:15-cv-04213-SRC-CLW   Document 8   Filed 11/04/15   Page 49 of 58 PageID: 284
Case 2:15-cv-04213-SRC-CLW   Document 1-1   Filed 06/22/15   Page 39 of 48 PageID: 43
Amazon.com: Customer Reviews: CompuPool Aqua-Rite T-Cell15 Replacement Salt Cell...   Page 2 of 3

Comment    Was this review helpful to you?  Yes    No    Report abuse

**Send us feedback**
How can we make Amazon Customer Reviews
better for you?
Let us know here.

**Five Stars**
By KENNETH R. on November 23, 2014
Verified Purchase

Very satisfied with purchase and delivered on time.

Comment    Was this review helpful to you?  Yes    No    Report abuse

**piece of crap, lasted less than a year**
By sondra j zimmerman on November 17, 2014

piece of crap, lasted less than a year. almost 7 months later company is still giving me the runaround and not replacing it. To their credit they have paid for my chlorine. I feel sorry for the ladies in the front office who have to field all the phone calls

Comment    Was this review helpful to you?  Yes    No    Report abuse

**Warranty? Don't bother.... Worthless Customer Service**
By Mistersandman on October 18, 2014

This unit worked fine for 15 months, then quit. I contacted the company for a warranty claim and was led through an unbelievable maze of paperwork, faxes, unanswered emails. I received a replacement 2+ months later. Needless to say, in this time period I had to purchase another salt cell to keep my pool running... so now I have a spare. My advice: don't bother with a company like this.

Comment    Was this review helpful to you?  Yes    No    Report abuse

1 of 1 people found the following review helpful
**Worked in Florida for three years.**
By Warren Redlich on September 27, 2014

I bought mine from another website over 3 years ago. It just failed now and I think it's done. But that's three years in Florida, where we run it every day and don't close it for winter. I'll happily buy another

Comment    Was this review helpful to you?  Yes    No    Report abuse

1 of 1 people found the following review helpful
**I purchased this cell in September 2011. It had ...**
By Donna S Nestra on September 5, 2014

I purchased this cell in September 2011. It had a three year warranty. It stopped working properly in December 2013. After filling out the warranty paperwork and acquiring all required backup and proof that the cell was not working, I received a replacement from CompuPool in March 2014. The replacement never worked. I called Compupool and was told another replacement would be sent to me immediately. It is now September and I have no idea when or if I'll get the replacement. I have been lied to and promised and told one story and excuse after another. The latest information is that there are 75 people ahead of me to get a replacement. The story before that was that a shipment would be in this week and I would have the part fedex'd to me immediately. What can I do? Hopefully my story will help others. NEVER BUY THIS COMPUPOOL PART. Personally, I will never use ANY Compupool products again.

Comment    Was this review helpful to you?  Yes    No    Report abuse

**But I do like the clear case it sure makes it easy when ...**
By Buck Anderson on September 5, 2014
Verified Purchase

Seems to work OK.. But I find it does have some trouble giving the correct salt level readings on the control mod.. But I do like the clear case it sure makes it easy when you can see the cell.. Just check your salt level with the correct test kit...

Comment    Was this review helpful to you?  Yes    No    Report abuse

← Previous    «    2    3    4    Next →

‹ See all details for CompuPool Aqua Rite T-Cell15 Replacement Salt Cell - Replaces Hayward...

**Sponsored Links**  (What's this?)

· **Salt Pool Cell Gone Bad?**  -  It's Time To Take A Look At a Fresh Mineral Water Pool System!    www.kingtechnology.com/

· **Salt Chlorine Generators**  -  Compare 17 brands here! On Sale Now Great Instructions 7-Yr Warr BBB A+    www.discountsaltpool.com/

Case 2:15-cv-04213-SRC-CLW   Document 8   Filed 11/04/15   Page 50 of 58 PageID: 285
Case 2:15-cv-04213-SRC-CLW   Document 1-1   Filed 06/22/15   Page 80 of 38 PageID: 441
Amazon.com: Customer Reviews: CompuPool Aqua-Rite T-Cell15 Replacement Salt Cell...   Page 3 of 5

· **Broken Goldline salt coll**
⏚

- Warranty Fully Repair Cells Systems Salt Chlorinators Aqua Rite Systems

www.saltsolutionsinc.com/

Ad feedback

## Your Recently Viewed Items and Featured Recommendations

Inspired by your browsing history

Page 1 of 3



Hayward GLX-FLO-RP 15-Feet Cable Flow Switch Assembly without Flow Replacement Kit...
132
$53.99

Hayward GLX-PCB-RITE Main PCB Replacement for Hayward AQR Goldline Aqua Rite Sall...
238
$199.99

Hayward GLX-CELLSTAND Cleaning Stand Replacement for All .
133
$23.88

Hayward GLX-CELL-15-W 40K-Gallon Turbo Cell Replacement for Select...
80
$385.00

See personalized recommendations

> View or edit your browsing history

**Sign In**

You viewed

 

New customer? Start here

---

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Help

## amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

6pm
Score deals
on fashion brands

AbeBooks
Rare Books
& Textbooks

ACX
Audiobook Publishing
Made Easy

AfterSchool.com
Kids' Sports, Outdoor
& Dance Gear

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

Amazon Local
Great Local Deals
in Your City

Amazon Home Services
Handpicked Pros
Happiness Guarantee

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audio Books

BeautyBar.com
Prestige Beauty
Delivered

Book Depository
Books With Free
Delivery Worldwide

Casa.com
Kitchen, Storage
& Everything Home

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

Diapers.com
Everything
But The Baby

Fabric
Sewing, Quilting
& Knitting

East Dane
Designer Men's
Fashion

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

Look.com
Kids' Clothing
& Shoes

MYHABIT
Private Fashion
Designer Sales

Shopbop
Designer
Fashion Brands

Soap.com
Health, Beauty &
Home Essentials

TenMarks.com
Math Activities
for Kids & Schools

VineMarket.com
Everything
to Live Life Green

Wag.com
Everything
For Your Pet

Warehouse Deals
Open-Box
Discounts

Woot!
Discounts and
Shenanigans

Yoyo.com
A Happy Place
To Shop For Toys

Zappos
Shoes &
Clothing

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2015, Amazon.com, Inc. or its affiliates

Amazon.com: Customer Reviews: CompuPool Aqua Rite T-Cell15 Replacement Salt Cell...

Try Prime

All ▾

Shop by
Department ▾    Recommended for You    Today's Deals    Gift Cards    Sell

Hello, Sign in
Your Account ▾

Try
Prime ▾

Wish
List ▾

0
Cart

CompuPool Aqua Rite T-Cell15 Replacement Salt Cell - Replaces Hayward . . › Customer Reviews

## Customer Reviews

CompuPool Aqua Rite T-Cell15 Replac...

39

1 6 out of 5 stars

| | |
|---|---|
| 5 star | 0% |
| 4 star | 2% |
| 3 star | 3% |
| 2 star | 5% |
| 1 star | 80% |

Rate this Item

Write a review

| See All Buying Options |
|---|

| Add to Wish List |
|---|

**Most helpful positive review**
See all 5 positive reviews ›

1 of 1 people found the following review helpful
**Worked in Florida for three years.**
By Warren Redlich on September 27, 2014

I bought mine from another website over 3 years ago. It just failed now and I think it's done. But that's three years in Florida, where we run it every day and don't close it for winter. I'll happily buy another.

**Most helpful critical review**
See all 34 critical reviews ›

38 of 38 people found the following review helpful
**Compupool replacement T-15 Cell**
By JKAmazonReview on June 11, 2013

DO NOT, I repeat, DO NOT PURCHASE THIS REPLACEMENT CELL! This cell is worthless. I did extensive research before buying this replacement cell for my Hayward salt system. Initially, it produced a lot of chlorine just like the reviews I read had stated. The problem is that it failed after just 3 months of use. I bought it partly because of the fantastic 3 year full warranty. When I went to file a claim I had to jump through just about every hoop imaginable, sending in Read more and that water reports from a store.

**20% off coupon**
on Ziploc® Space Bag®

Ad feedback

Sort by:    Most r...    Filter by:    All review...    All stars    Keyword    Search

1 of 1 people found the following review helpful
**warranty service is the worst I've seen in the industry**
By michael j laber on August 25, 2014

do not buy any compupool product, the failure rate is 100%, warranty service is the worst I've seen in the industry. after 2 mos I received a cell that had the right label but only half the plates inside. no response to phone call or email inquieries

Comment    Was this review helpful to you?    Yes    No    Report abuse

2 of 2 people found the following review helpful
**Stay away!!**
By Garrett Ryum on August 13, 2014

Purchased product November 2013, unit worked great initially. Less than six months later the unit failed. Submitted required paperwork in early May 2014 showing unit failed. After 2 weeks of hearing nothing I was finally able to get a hold of the warranty company (compu-pools/pools express). They stated I am unable to get a replacement product at this time as I am told the product is back ordered and they have no clue when a shipment is coming in. I have requested to have my money refunded as this product failed after only 6 months and they are unable to provide a replacement in a timely manner. BOTH companies (Titanium cells and compu-pools) state they cannot do that for me and the other company can. One can only take so much run around. There Is a simple solution both neither company wants to take ownership. However, this is who I purchased it from and they are unwilling to help. I am to just continue dumping money into my pool In the form of chlorine because they cannot replace my broken product and have no clue when I might receive my replacement It is now mid Aug and has been over 3 months since I Initially requested a replacement  Three months of the hottest time of the year just wasting more money with chemicals because they cannot honor their warranty  It is impossible to get ahold of anyone from Compu-pools  Three weeks ago I finally got a hold of them, they stated "great news" we are getting a shipment of 105 early next week should be shipped to you next week. Two weeks later still no word, still no product. After multiple days of over 15-20 min on hold with customer service I get an email that states "We are still waiting for cells to come in  We have no ETA on when they will arrive." This company made a crappy product and

**Questions? Get fast answers from reviewers**

What do you want to know about CompuPool Aqua Rite T-Cell15 Replacement Salt Cell - Replaces Hayward Salt Cell?

See 1 answered question    Ask

**Customers who viewed this also viewed**

Hayward Goldline T-CELL-15 Turbo Cell, 40,000 Gallon Pool with 15-Foot Cable by Hayward
444
$409.00

Hayward GLX-CELL-15-W 40K-Gallon Turbo Cell Replacement for Select Hayward Salt Chlorine Generators by Hayward
80
$385.00

Hayward GLX-CELLSTAND Cleaning Stand Replacement for All Hayward Turbo Cells by Hayward
133
$23.88

Case 2:15-cv-04213-SRC-CLW   Document 8   Filed 11/04/15   Page 52 of 58 PageID: 287
Case 2:15-cv-04213-SRC-CLW   Document 1-2   Filed 06/22/15   Page 32 of 38 PageID: 464
Amazon.com: Customer Reviews: CompuPool Aqua-Rite T-Cell15 Replacement Salt Cell...

slapped a warranty that they cannot honor to try and attract buyers. They also do not post negative reviews on their website as I have posted previously and it is nowhere to be found. Both companies; Titanium cells AND Compu-Pools have horrible products and horrible customer service along with a terrible product.

1 comment    Was this review helpful to you?   Yes   |   No     Report abuse

Send us feedback

How can we make Amazon Customer Reviews better for you?
Let us know here.

1 of 1 people found the following review helpful
**WARNING: "FULL REPLACEMENT WARRANTY" TAKES OVER 4 MONTHS**
By DONALD S DUFAUX on August 8, 2014

OK - I FINALLY RECEIVED MY REPLACEMENT SALT CELL...!!! It took more than 4 months, it is now the end of the season, and I ended up having to purchase a new one (different company, obviously), so now I have an extra. But I have to admit that they did finally send it. It has been over two months since my warranty claim was "approved". Not only have I not received a replacement, but the only communication I ever receive from COMPUPOOL is if I call or e-mail them, and the response is always the same - they are having "supply chain problems" and the replacement will be sent in "2 or 3 days". Right. Last time was 2 weeks ago. I wonder if they have the same supply chain problem with new orders? I (too late) have seen this same theme repeated in a lot of other reviews here, I wonder how many other additional victims didn't bother with a review... The only good things I can say about this product is (1) it does look pretty, and (2) it worked for almost 2 seasons (like 5-6 months real time). Caveat emptor.

1 comment    Was this review helpful to you?   Yes   |   No     Report abuse

**Perfect, second purchase.**
By Ian Millar on July 23, 2014

Great cell, first purchase lasted 4 1/2 years, now on my second and working perfectly.

Comment    Was this review helpful to you?   Yes   |   No     Report abuse

2 of 2 people found the following review helpful
**Zero stars!**
By Tammy on July 16, 2014

ZERO stars! Been waiting for MONTHS on replacement. If you buy, it WILL go out.....just plan on it.

Comment    Was this review helpful to you?   Yes   |   No     Report abuse

1 of 1 people found the following review helpful
**BEWARE - YOU HAVE BEEN WARNED!**
By Jimmy on July 15, 2014

DON'T DO IT! ENOUGH SAID ......

Comment    Was this review helpful to you?   Yes   |   No     Report abuse

3 of 3 people found the following review helpful
**The verdict is still out**
By CR_SummerDell on June 21, 2014

I have a 40k gallon salt pool in Texas which received a newly installed Aquarite salt system May 2007 and the original cell died April 2012. I purchased this CompuPool T-Cell 15 replacement cell from poolsupplyworld April 2012 instead of an OEM replacement for two reasons:

1. At the time there was a huge price difference, nearly $150.
2. I liked the idea of being able to see calcium build up on the cell while installed so I knew exactly when to clean it, and see when chlorine is being generated.

Both of these incentives worked out great for the duration of the cell, but I was disappointed the cell died May 2014 only two years after purchase. During the two years it operated fine, in fact it produced more chlorine than the OEM cell it replaced, but the control board acted a little different with this CompuPool cell although I was able to adjust and it wasn't an issue. I also called poolsupplyworld and CompuPool a couple times during those two years in which I didn't have a problem getting support and answering my questions although I recall wait time on phone being long and had to leave message and wait for callback which isn't totally uncommon with many companies but if inpatient can be annoying. When my CompuPool cell died I contacted CompuPool directly and encountered much of the same everyone else has mentioned in their reviews;

1. Q&A
2. Proof of purchase, original receipt
3. Water samples
4. Submit claim form
5. Provide credit card # for charge back if I don't return the bad cell

I was prepared for all this and was able to provide all this information up front with no delay. I maintain my own pool and have all the good test kits by Taylor and not those cheap test strips and my values are always dead

Case 2:15-cv-04213-SRC-CLW   Document 8   Filed 11/04/15   Page 53 of 58 PageID: 288
Case 2:15-cv-04213-SRC-CLW   Document 1-1   Filed 06/22/15   Page 83 of 38 PageID: 474
Amazon.com: Customer Reviews: CompuPool Aqua-Rite T-Cell15 Replacement Salt Cell...

accurate, and CompuPool was satisfied with my tests vs having to provide a pool store results. I don't think any of their requirements are unreasonable given the amount of pool owners that think they know their pool and how to maintain and test a pool and really don't, which I'm sure results in many false positives or fraudulent warranty claims, so I'm good with everything up till this point. My problem is they approve my claim no issue and have no replacement cells available, "on back order with no ETA?" If you Google you'll find this is pretty much the normal response from all reviewers that managed to have their claims approved. It's been almost 4 weeks now and still no shipment date for my replacement cell, and this is the primary manufacturer not a reseller. How can there be no replacement cells?

So aside from my feeling CompuPool needs to up their warranty and replacement game, I'm not totally dissatisfied with the cell or support yet. Could be better, and sounds like others had it far worse but every situation is different resulting in different outcome. Meanwhile I'm loading my chlorine tab feeder to maintain the proper chlorine levels which works but not desired, and I'm hoping to receive this replacement cell relatively soon because the wait period here is simply not acceptable for any business that's serious about being reputable and competitive. If this doesn't work out I'll switch back to OEM cell which can now be found for only $50 or less than this CompuPool cell and hope I get the same 4+ years operation as the original. For better or worse I will update this review with final outcome once over and done with.

Update: Its been 40 days since my claim was approved without question. I've followed up twice to which both replies were simply "no replacements available, no idea when available, you are on a list" I have since purchased a new OEM cell which is working perfectly, but under CompuPool's warranty I am still obligated to a replacement cell which I'm doubting now I'll ever receive. There's allot of power in consumer reviews, they can completely make or break a product or company, and the trending negative reviews this product and CompuPool historically and continue to receive are clear indicators that consumers and CompuPool should take seriously. I will update this review monthly until CompuPool makes good on its product and policy.

Comment    Was this review helpful to you?   Yes | No    Report abuse

6 of 6 people found the following review helpful
### Ridiculous Warranty Service
By D Ray Barker on June 11, 2014
Verified Purchase

This product stopped working in less than 16 months. I contacted Compu Pool and my replacement was approved over 1 month ago, and they still have not sent me the replacement part. They did offer to reimburse me for the cost of chlorine if I had kept the receipts. Still no estimate when the part will be delivered.

Spend the extra money and get a Hayward replacement.

Comment    Was this review helpful to you?   Yes | No    Report abuse

7 of 7 people found the following review helpful
### Poor product all the way around
By flynnhart1 on May 29, 2014

Purchased a T-Cell 15 online from Titanium Cells in August 2013 with a "no hassle 3 year warranty". The cell stopped producing chlorine in May of 2014. Oh, and it leaks as well at the inlet and outlet sides due to poor thread design. Turns out, it is actually a Compu pool product, don't get fooled by the Titanium Cell website trying to make it look like it is their product. I called Titanium Cell for a warranty replacement and they told me to call Compu pool as it is their product. I called Compu pool and was told I'd receive warranty info via email. Waited over a week and no email. Called and left message and they called the next day and said I'd get the email that day. Three days later, no email. Emailed Titanium Cell requesting support from them in obtaining a warranty replacement cell and no reply. So much for the "no hassle warranty". Not happy with the product or the customer service. I'll update if I ever get a replacement.

Comment    Was this review helpful to you?   Yes | No    Report abuse

5 of 5 people found the following review helpful
### Warranty is worthless - Don't buy this product
By Jeremiah Benes on May 22, 2014

After 18 months this product failed. I purchased the 3 year warranty. Now I'm waiting for a replacement and the manufacturer has no idea on when they will be able to ship the replacement. Stay away from this product - bad news.

Comment    Was this review helpful to you?   Yes | No    Report abuse

← Previous  | 1 | 2 | 3 | 4 |  Next →

‹ See all details for CompuPool Aqua Rite T-Cell15 Replacement Salt Cell - Replaces Hayward...

Case 2:15-cv-04213-SRC-CLW   Document 8   Filed 11/04/15   Page 54 of 58 PageID: 289

Case 2:15-cv-04213-SRC-CLW   Document 1-2   Filed 06/22/15   Page 34 of 38   PageID: 464

Amazon.com: Customer Reviews: CompuPool Aqua-Rite T-Cell15 Replacement Salt Cel...

**Sponsored Links** (What's this?)

· Salt Pool Cell Gone Bad? 🖻    ·   It's Time To Take A Look At a Fresh Mineral Water Pool System!    www.kingtechnology.com/

· Salt Chlorine Generators 🖻    ·   Compare 17 brands here! On Sale Now Great Instructions 7-Yr Warr BBB A+    www.discountsaltpool.com/

· Broken Goldline salt cell 🖻    ·   Warranty Fully Repair Cells Systems Salt Chlorinators Aqua Rite Systems    www.saltsolutionsinc.com/

Ad feedback

Your Recently Viewed Items and Featured Recommendations

Inspired by your browsing history

Page 1 of 3





| Hayward GLX-FLO-RP 15-Feet Cable Flow Switch Assembly without Tee Replacement Kit.. | Hayward GLX-PCB-RITE Main PCB Replacement for Hayward AQR Goldline Aqua Rite Salt.. | Hayward GLX-CELLSTAND Cleaning Stand Replacement for All... | Hayward GLX-CELL-15-W 40K-Gallon Turbo Cell Replacement for Select... |
|---|---|---|---|
| 132 | 238 | 133 | 80 |
| $53.99 | $199.99 | $23.88 | $385.00 |

---

You viewed

' View or edit your browsing history

**See personalized recommendations**

**Sign In**

New customer? Start here

---

**Get to Know Us**
Careers
Investor Relations
Press Releases
Amazon and Our Planet
Amazon in the Community
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Help

amazon.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| | | | | | |
|---|---|---|---|---|---|
| 6pm Score deals on fashion brands | AbeBooks Rare Books & Textbooks | ACX Audiobook Publishing Made Easy | AfterSchool.com Kids' Sports, Outdoor & Dance Gear | Alexa Actionable Analytics for the Web | Amazon Business Everything For Your Business | AmazonFresh Groceries & More Right To Your Door |
| Amazon Local Great Local Deals in Your City | Amazon Home Services Handpicked Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Download Audio Books | BeautyBar.com Prestige Beauty Delivered | Book Depository Books With Free Delivery Worldwide | Casa.com Kitchen, Storage & Everything Home |
| ComiXology Thousands of Digital Comics | CreateSpace Indie Print Publishing Made Easy | Diapers.com Everything But The Baby | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations |
| IMDb Movies, TV & Celebrities | Junglee.com Shop Online in India | Kindle Direct Publishing Indie Digital Publishing Made Easy | Look.com Kids' Clothing & Shoes | MYHABIT Private Fashion Designer Sales | Shopbop Designer Fashion Brands | Soap.com Health, Beauty & Home Essentials |
| TenMarks.com Math Activities for Kids & Schools | VineMarket.com Everything to Live Life Green | Wag.com Everything For Your Pet | Warehouse Deals Open Box Discounts | Woot! Discounts and Shenanigans | Yoyo.com A Happy Place To Shop For Toys | Zappos Shoes & Clothing |

Conditions of Use  Privacy Notice  Interest-Based Ads © 1996-2015, Amazon.com, Inc. or its affiliates

Case 2:15-cv-04213-SRC-CLW    Document 8    Filed 11/04/15    Page 55 of 58 PageID: 290
Case 2:15-cv-04213-SRC-CLW    Document 1-2    Filed 06/22/15    Page 35 of 38 PageID: 464
Amazon.com: Customer Reviews: CompuPool Aqua Rite T-Cell15 Replacement Salt Cell ...



Case 2:15-cv-04213-SRC-CLW   Document 8   Filed 11/04/15   Page 56 of 58 PageID: 291
Amazon.com: Customer Reviews: CompuPool Aqua-Rite T-Cell15 Replacement 36 of 38 Page 12 of 14
Case 2:15-cv-04213-SRC-CLW   Document 1-1   Filed 06/22/15   Page 56 of 58 PageID: 504

By Jan Mackulak on March 23, 2014

Cell failed in less than a year and 2.5 months later I am still waiting for a replacement. They shipped me a used cell 2 weeks ago as a "loaner" and it was in worse shape than the one I returned. My pool guy had trouble installing it since the end couplings were chipped and damaged. Guess what? The loaner doesn't work. I am sorry I bought this product and wish I had checked reviews first. If I ever get a warranty replacement that works I would be glad to let everyone here know but I am not holding my breath. Stay away from this company!

Comment    Was this review helpful to you?  [ Yes ] [ No ]   Report abuse

Send us feedback

How can we make Amazon Customer Reviews better for you?
Let us know here.

4 of 4 people found the following review helpful
### MANUFACTURER WILL NOT HONOR WARRANTY
By Joaquin Burset on March 19, 2014

DO NOT PURCHASE THIS CompuPool product. I bought one and it started to smoke up after only a few months. I had a 2 year warranty but the manufacturer made up a million excuses as to why it was not covered by their warranty. They had not even asked me to return the product or send them a sample of my water for their inspection, yet they said that the unit had burned up due to my pool having too much salt and too much chlorine.

Comment    Was this review helpful to you?  [ Yes ] [ No ]   Report abuse

1 of 3 people found the following review helpful
### T-Cell Replacement
By Average Customer on December 13, 2013
Verified Purchase

So much less expensive than the name brand that came with the salt system. The clear housing is great for checking if it needs cleaning or not.

Comment    Was this review helpful to you?  [ Yes ] [ No ]   Report abuse

11 of 12 people found the following review helpful
### unhappy
By susan davis on August 14, 2013

I purchased my compupool replacement salt cell about 2 years ago. The cell worked very well for about 10 months. Since then I have had it replaced two times and am now waiting for the third time. I bought it for the good warranty but a warranty is worthless if you have to replace it all the time. My last two replacements were used cells and each had problems. This last one probably had problems when I recieved it but it was winter time so hard to see bad cell prodution. Recommendation::: Do not purchase this generic. Buy Hayward my original cell lasted 4 years.

Comment    Was this review helpful to you?  [ Yes ] [ No ]   Report abuse

11 of 11 people found the following review helpful
### DO NOT BUY
By Pete M on August 7, 2013

I have now gone through three of these cells. The first one lasted about 3 months before it started reading a very low (200 ppm) salt level. I called the manufacturer and got a warranty replacement, which took about a month. The second one lasted about 8 months, but mostly because it was wintertime, when the cell doesn't generate since it's too cold. The third one was DOA. I even tried replacing the Goldline motherboard ($135) to see if that was the problem. I have been pleased with the customer service - it is easy to get a replacement - but it's not worth coming home to a green pool after a week vacation. I had a name brand Hayward cell before this and it lasted 5 years. I'm spending the extra $75 and going with the OEM cell. I would NOT buy this cell again and I would give 0 stars if I could.

1 comment    Was this review helpful to you?  [ Yes ] [ No ]   Report abuse

38 of 38 people found the following review helpful
### Compupool replacement T-15 Cell
By JKAmazonReview on June 11, 2013

DO NOT, I repeat, DO NOT PURCHASE THIS REPLACEMENT CELL! This cell is worthless. I did extensive research before buying this replacement cell for my Hayward salt system. Initially, it produced a lot of chlorine just like the reviews I read had stated. The problem is that it failed after just 3 months of use. I bought it partly because of the fantastic 3 year full warranty. When I went to file a claim I had to jump through just about every hoop imaginable, sending this reading and that and water reports from a store. Eventually, they replaced it. That cell worked for about 2 months and then the same thing happened again. I didn't think it could possibly be the cell so I thought my board had just died and didn't want to have to replace the whole thing so I started using chemicals to chlorinate. After months of adding chemicals I was ready to go ahead and bite the bullet to get a new control board. I got a pool company that specialized in salt systems. They came out and much to my surprise diagnosed the problem as the cell! So I tried to file another warranty claim. Well this time I'm really getting a crazy run around and even though the test results clearly show that all chemicals are in balance for the system they are saying it's my water. NOT POSSIBLE. They tried to say it was the CYA (stabilizer). He tried to tell me mine was too high at 99. When I questioned that and pointed out that 99 is within the acceptable range he told me that it

must be "something in my water", but can't point to what it could be. Everything has been checked, including phosphates. The "something" is the crummy cell!!!!!

5 comments     Was this review helpful to you?  [ Yes ] | [ No ]    Report abuse

15 of 16 people found the following review helpful

**Pool Supply Warehouse Was Great / CompuPool Awful**

By michael crosbie on June 5, 2013

Verified Purchase

I purchased this product as a replacement for my T-15 Hayward salt cell due to the lower price and the information of it being a direct replacement. I started having problems with the cell not working with my Hayward Swim Pure + system and contacted manufacturer of the cell CompuPool directly. At first they were very helpful telling me to repack cell, get water sample etc. I did all these things and when preparing to ship it back I got an Email telling me that the cell was fine it must be something else. At this point I was not very happy. I contacted the vendor Pool Supply Warehouse and they were Extremely helpful that is why there are two stars instead of one. I ordered the T-15 CELL which is the exact replacement for my original cell. I received it next day and everything is fine. I will order other products from Pool Supply Warehouse in the future but suggest to others to be very cautious if purchasing this product from CompuPool as a replacement from the original Hayward equipment.

Comment     Was this review helpful to you?  [ Yes ] | [ No ]    Report abuse

[ ← Previous ] [ 1 ] [ 2 ] [ 3 ] [ 4 ]    Next →

‹ See all details for CompuPool Aqua Rite T-Cell15 Replacement Salt Cell - Replaces Hayward...

---

**Sponsored Links** (What's this?)

· **Salt Pool Cell Gone Bad?** 🗗   -   It's Time To Take A Look At a Fresh Mineral Water Pool System!     www.kingtechnology.com/

· **Salt Chlorine Generators** 🗗   -   Compare 17 brands here! On Sale Now Great Instructions 7-Yr Warr BBB A+     www.discountsaltpool.com/

· **Broken Goldline salt cell** 🗗   -   Warranty Fully Repair Cells Systems Salt Chlorinators Aqua Rite Systems     www.saltsolutionsinc.com/

Ad feedback

Your Recently Viewed Items and Featured Recommendations

Inspired by your browsing history                                             Page 1 of 3

| Hayward GLX-FLO-RP 15-Feel Cable Flow Switch Assembly without Tee Replacement Kit | Hayward GLX-PCB-RITE Main PCB Replacement for Hayward AQR Goldline Aqua Rite Salt | Hayward GLX-CELLSTAND Cleaning Stand Replacement for All | Hayward GLX-CELL-15-W 40K-Gallon Turbo Cell Replacement for Select... |
|---|---|---|---|
| 132 | 238 | 133 | 80 |
| $53.99 | $199.99 | $23.88 | $385.00 |

See personalized recommendations

You viewed                                             › View or edit your browsing history

Sign in

New customer? Start here

| **Get to Know Us** | **Make Money with Us** | **Amazon Payment Products** | **Let Us Help You** |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| Investor Relations | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Press Releases | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon and Our Planet | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |

Amazon in the Community
Amazon Devices

Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

Credit Card Marketplace
Amazon Currency Converter

Returns & Replacements
Manage Your Content and Devices
Help

## amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door |
| Amazon Local<br>Great Local Deals<br>in Your City | Amazon Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home |
| ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations |
| IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials |
| TenMarks.com<br>Math Activities<br>for Kids & Schools | VineMarket.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use    Privacy Notice    Interest-Based Ads   © 1996-2015, Amazon.com, Inc. or its affiliates